UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| EDWINA BILLHIMER | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:24-cv-00209-MPB-CSW |
| | ) | |
| READERSMAGNET, LLC | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR SUBSTITUTION OF ATTORNEYS**

NOW COMES the Defendant, READERSMAGNET, LLC, and moves this Honorable Court for an order granting leave for the law firm of QUINTAIROS, PRIETO, WOOD & BOYER, P.A., to withdraw its appearance on behalf of these defendants and allowing the law firm of, HAYES LAW, LLP to substitute as attorneys on its behalf, pursuant to the attached Substitution of Attorneys.

                                                Respectfully submitted,

                                                HAYES LAW, LLP

                                                By: _____Thomas J. Hayes, Esq._____
                                                            One of the Attorneys for Defendant

Thomas J. Hayes, Esq.
Hayes Law, LLP
309 50th Pl.
Western Springs, IL, 60558
ARDC #:  6280179