UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| EDWINA BILLHIMER | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:24-cv-00209-MPB-CSW |
| | ) | |
| v. | ) | |
| | ) | |
| READERSMAGNET LLC | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON SUBSTITUTION OF COUNSEL

IT IS HEREBY ORDERED that the law firm of Hayes Law, LLC is substituted in place of the firm Quintairos Prieto Wood & Boyer, P.A. as counsel of record for defendant ReadersMagnet, LLC in the above captioned matter.

Dated: June 23, 2025

_____
Hon. Crystal S. Wildeman
United States Magistrate Judge

Service will be made electronically on all ECF-registered counsel of record via email.

Case 3:24-cv-00209-MPB-CSW    Document 23    Filed 06/23/25    Page 2 of 2 PageID #: 100