UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| EDWINA BILLHIMER | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:24-cv-00209-MPB-CSW |
| | ) | |
| v. | ) | |
| | ) | |
| READERSMAGNET LLC | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER ON SUBSTITUTION OF COUNSEL

Before the Court is defendant's, ReadersMagnet, LLC, *Motion for Substitution of Attorneys*. (Dkt. No. 21). The Court being duly advised in the premises hereby **GRANTS** said motion.

IT IS THEREFORE ORDERED that Attorney Thomas J. Hayes of the law firm Hayes Law, LLC is substituted in place of Attorney Thomas J. Hayes of the law firm Quintairos Prieto Wood & Boyer, P.A. as counsel of record for defendant ReadersMagnet, LLC in the above captioned matter.

**SO ORDERED.**

Date: June 23, 2025

_____
Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distribution:

Thomas Hayes
Hayes Law, LLC
thomasjhayes19@gmail.com

Cassandra P. Miller
Strauss Borrelli PLLC
cmiller@straussborrelli.com

Anthony Paronich
PARONICH LAW. P.C.
anthony@paronichlaw.com