UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| EDWINA BILLHIMER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:24-cv-00209-MPB-CSW |
| READERSMAGNET, LLC, | ) ) ) |
| Defendant. | ) ) |

**MAGISTRATE JUDGE'S ORDER ON
TELEPHONIC STATUS CONFERENCE**

This matter came before the Honorable Crystal S. Wildeman, United States Magistrate Judge, by telephone, at 2:30 p.m., Evansville time (CST), on June 23, 2025, for a conference under Rule 16, Federal Rules of Civil Procedure. Parties were represented by counsel.

Thereafter, the following **ORDER** is entered:

1. No later than **July 1, 2025**, Counsel for defendant ReadersMagnet, LLC will provide call log information, as discussed.

2. A **Telephonic Status Conference** is set for **July 23, 2025, at 9:00 a.m.,** Evansville time (CST), before the Honorable Crystal S. Wildeman, United States Magistrate Judge. The information needed by counsel to participate in this telephonic conference will be provided by a separate notification.

This order has been formulated after a conference at which the respective parties have appeared. Any party shall file any corrections or additions within

fourteen (14) days after receipt of this order.

**SO ORDERED.**

**Dated:** June 24, 2025

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Served electronically on all ECF-registered counsel.