UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| EDWINA BILLHIMER, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) No. 3:24-cv-00209-MPB-CSW |
| READERSMAGNET, LLC, | ) ) ) |
|     Defendant. | ) |

## SCHEDULING ORDER

On the Court's own motion, the Telephonic Status Conference set for **July 23, 2025, at 9:00 a.m. (CST)** is hereby **CONVERTED** to a **Telephonic Discovery Dispute Conference**, before the Honorable Crystal S. Wildeman, United States Magistrate Judge. The purpose of this conference is to assist the parties with a discovery dispute.

**Before 12:00 p.m. (EST)** on **July 21, 2025**, the parties are **DIRECTED** to e-mail the Magistrate Judge, at CSW_Settlement@insd.uscourts.gov, and opposing counsel, a brief outline, which shall not exceed **two pages**, of the dispute and their respective positions on the issue. Parties shall also e-mail copies of ONLY the discovery requests that are disputed, NOT ALL of the interrogatories, requests for production, and non-party subpoenas. The information needed by counsel to participate in this telephonic conference will be provided by a separate notification.

**SO ORDERED.**

**Dated:** July 9, 2025

_Crystal S. Wildeman_
Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**