UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| EDWINA BILLHIMER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 3:24-cv-00209-MPB-CSW |
| | ) |
| READERSMAGNET, LLC, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING MOTION TO AMEND COMPLAINT**

Now before the Court is the *Motion to Amend Complaint* filed by Plaintiff Edwina Billhimer, on behalf of herself and others similarly situated ("Plaintiff"). (Dkt. 28). Specifically, Plaintiff seeks to amend the complaint to add defendants who may be liable under the Telephone Consumer Protection Act. (*Id.*). For the following reasons, the Court **GRANTS** the *Motion to Amend Complaint* and **ORDERS** Plaintiff to file the Amended Complaint as a separate docket entry within seven (7) days of the date of this Order. (*Id.*).

"Federal Rule of Civil Procedure 15 provides that, as a general rule, a court 'should freely give leave [to amend] when justice so requires.'" *Gonzalez-Koeneke v. West*, 791 F.3d 801, 807 (7th Cir. 2015) (alteration in original) (quoting Fed. R. Civ. P. 15(a)(2)). "The Supreme Court has interpreted [Rule 15(a)(2)] to require a district court to allow amendment unless there is a good reason—futility, undue delay, undue prejudice, or bad faith—for denying leave to amend." *Life Plans, Inc. v. Sec. Life of Denver Ins. Co.*, 800 F.3d 343, 357–58 (7th Cir. 2015) (citing *Foman v. Davis*, 371 U.S. 178, 182–83 (1962)). "Whether to grant or deny leave to amend is within the district court's discretion." *Campbell v. Ingersoll Milling Mach. Co.*, 893 F.2d 925, 927 (7th Cir. 1990).

There is no good reason here to deny leave to amend. There is no undue delay because the case is in its early stages, and the *Motion to Amend Complaint* is

timely pursuant to the Case Management Plan. (Dkt. 13). There is no evidence of undue prejudice, bad faith, or futility in amending. Therefore, justice requires granting leave to amend.

Accordingly, the *Motion to Amend Complaint* is **GRANTED**. (Dkt. 28). Plaintiff is **ORDERED** to file the Amended Complaint (attached to the *Motion to Amend Complaint* as Exhibit 1), as a separate docket entry within seven (7) days of the date of this Order.

**So ORDERED.**

Date: July 18, 2025

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distributed electronically to all ECF registered counsel of record.