UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| EDWINA BILLHIMER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:24-cv-00209-MPB-CSW |
| ) | |
| READERSMAGNET, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER ON DISCOVERY DISPUTE CONFERENCE

This matter came before the Honorable Crystal S. Wildeman, United States Magistrate Judge, by telephone, at 9:00 a.m., Evansville time (CST), on July 23, 2025, for a discovery dispute conference. Plaintiff and Defendant ReadersMagnet, LLC ("ReadersMagnet") appeared by counsel.

Thereafter, the Court enters the following **ORDERS**:

- ReadersMagnet was previously ordered to produce call log information no later than July 1, 2025. (Dkt. 25). However, ReadersMagnet has not yet located all call log information. Therefore, ReadersMagnet is **ORDERED** to produce the call logs for November and December 2020 **no later than July 28, 2025**. If the logs cannot be located after a good faith investigation, ReadersMagnet shall produce sworn testimony affirming the same to opposing counsel **no later than July 28, 2025**.

- ReadersMagnet is **ORDERED** to provide all responsive documents to Plaintiff's February 20, 2025, requests for production, subject to valid objections as to privilege or work product, **no later than July 28, 2025**.

- The parties shall file a joint notice **no later than August 1, 2025**, advising the Court as to whether the discovery disputes identified in the discovery dispute conference have been resolved.

- This matter is set for a **TELEPHONIC STATUS CONFERENCE** on

**September 5, 2025, at 10:30 a.m., Evansville time (CST)**, before the Honorable Crystal S. Wildeman, United States Magistrate Judge. The information needed by counsel to participate in this telephonic conference will be provided by a separate notification.

**The parties are reminded that pursuant to Federal Rule of Civil Procedure 37, failure to comply with directives of the Court and this Discovery Order may result in sanctions which can include an award of attorney's fees to the other party.**

So ORDERED.

Date: July 23, 2025

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distributed electronically to all ECF-registered counsel of record.