IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| EDWINA BILLHIMER, on behalf of herself and others similarly situated, | : :  CIVIL ACTION FILE NO. 3:24-cv-00209-MPB-CSW : |
| Plaintiff, | : : |
| v. | : : |
| READERSMAGNET, LLC and ELINK SYSTEMS AND CONCEPTS CORP. | : : : |
| Defendants. | : |

## JOINT STATUS REPORT

Plaintiff, Edwina Billhimer and Defendant ReadersMagnet, LLC submit this joint status report as requested by the Court to address several outstanding discovery issues and the status of the previously tendered Waiver of Service on Elink Systems and Concept Corp.

First, Defendant has produced additional documents which are responsive to Plaintiff's discovery requests. The Defendant is still gathering responsive documents and will complete their production by Monday, August 4, 2025.

Second, Defendant is still in the process of obtaining call records from November and December 2020. Defendant believes it can obtain these records from co-defendant eLink and can produce these records by Monday, August 4, 2025.

Finally, undersigned counsel for ReadersMagnet, LLC expects that he will be able to accept service for Elink Systems and Concept Corp. under Fed. R. Civ. P. 4 and when he receives confirmation, which he expects by August 5, 2025, he will return the signed Waiver of Service.

Dated: August 1, 2025

PLAINTIFF, on behalf of herself and others similarly situated,

By Counsel,

By: */s/ Anthony Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com

Defendant, ReadersMagnet, LLC

By: */s/ Thomas J. Hayes*
Thomas J. Hayes
Hayes Law, LLC
309 50th Pl.
Western Springs, IL 60558
(708) 642-7719
Thomasjhayes19@gmail.com