UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| EDWINA BILLHIMER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:24-cv-00209-MPB-CSW ) |
| READERSMAGNET, LLC, ELINK SYSTEMS AND CONCEPTS CORP., | ) ) ) ) |
| Defendants. | ) |

## NOTICE AND ORDER

On the Court's own motion, due to a scheduling conflict, the **Telephonic Status Conference** set for September 5, 2025, at 10:30 a.m. (Central Time), is hereby **VACATED** and **RESCHEDULED** for **September 10, 2025, at 11:00 a.m.** (Central Time), before the Honorable Crystal S. Wildeman, United States Magistrate Judge. The information needed to participate in this telephone conference will be provided by a separate notification.

**SO ORDERED.**

**Dated:** September 5, 2025

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Served electronically on all ECF-registered counsel of record.