UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| EDWINA BILLHIMER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:24-cv-00209-MPB-CSW |
| ) | |
| READERSMAGNET, LLC, ) | |
| ELINK SYSTEMS AND CONCEPTS ) | |
| CORP., ) | |
| ) | |
| Defendants. ) | |

**MAGISTRATE JUDGE'S ORDER ON
TELEPHONIC STATUS CONFERENCE**

This matter came before the Honorable Crystal S. Wildeman, United States Magistrate Judge, by telephone, at 11:00 a.m., Evansville time (CST), on September 10, 2025, for a conference under Rule 16, Federal Rules of Civil Procedure. Parties were represented by counsel.

Thereafter, the following **ORDER** is entered:

1. Defendant Readersmagnet, LLC shall file an affidavit regarding the completeness of the call logs no later than **September 19, 2025.**

2. The Parties are directed to file a joint report no later than **October 3, 2025**, addressing the outstanding items and informing as to whether there still exists any discovery dispute.

3. A **Telephonic Status Conference** is set for **November 6, 2025, at 9:30 a.m.,** Evansville time (CST), before the Honorable Crystal S. Wildeman, United States Magistrate Judge. The information needed by counsel to participate

1

in this telephonic conference will be provided by a separate notification.

This order has been formulated after a conference at which the respective parties have appeared. Any party shall file any corrections or additions within fourteen (14) days after receipt of this order.

**SO ORDERED.**

**Dated:** September 11, 2025

_____
Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Served electronically on all ECF-registered counsel.