IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| EDWINA BILLHIMER, on behalf of herself and others similarly situated, | : <br> : CIVIL ACTION FILE NO. 3:24-cv-00209-MPB-CSW <br> : |
| Plaintiff, | : |
| v. | : |
| READERSMAGNET, LLC and ELINK SYSTEMS AND CONCEPTS CORP. | : |
| Defendants. | : |

## JOINT STATUS REPORT

Plaintiff, Edwina Billhimer and Defendant ReadersMagnet, LLC submit this joint status report pursuant to the Court's September 11, 2025 Minute Order on the status of outstanding discovery and related issues.

1. **Supplemental Discovery Responses --** Counsel for ReadersMagnet, LLC has represented that supplemental discovery responses will be served by October 7, 2025. Plaintiff will review the forthcoming materials and confer with Defendant's counsel as needed regarding any remaining deficiencies or disputes.

2. **Representation of Co-Defendant --** Counsel for ReadersMagnet, LLC has further confirmed that he also represents co-defendant Elink Systems and Concepts Corp. and will be filing an appearance on behalf of Elink.

3. **Outstanding Discovery Disputes** -- At this time, the parties continue to work cooperatively to resolve outstanding issues. Plaintiff reserves all rights to raise remaining disputes with the Court should they not be resolved after review of the supplemental responses coming on October 7.

Dated: October 1, 2025

PLAINTIFF, on behalf of herself and others similarly situated,

By Counsel,

By: */s/ Anthony Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com

Defendant, ReadersMagnet, LLC

By: /s/ *Thomas J. Hayes*
Thomas J. Hayes
Hayes Law, LLC
309 50th Pl.
Western Springs, IL 60558
(708) 642-7719
Thomasjhayes19@gmail.com