UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| EDWINA BILLHIMER on behalf of herself and others similarly situated, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>READERSMAGNET, LLC, )<br>ELINK SYSTEMS AND CONCEPTS )<br>CORP., )<br>)<br>Defendants. ) | No. 3:24-cv-00209-MPB-CSW |

**MAGISTRATE JUDGE'S ORDER ON
TELEPHONIC STATUS CONFERENCE**

This matter came before the Honorable Crystal S. Wildeman, United States Magistrate Judge, by telephone, at 9:30 a.m., Evansville time (CST), on November 6, 2025, for a conference under Rule 16, Federal Rules of Civil Procedure. Parties were represented by counsel.

Thereafter, the following **ORDER** is entered:

Any motions to extend deadlines, including a motion for class certification, shall be filed by **December 8, 2025.**

A **Telephonic Status Conference** is set for **February 17, 2026, at 9:00 a.m.,** Evansville time (CST), before the Honorable Crystal S. Wildeman, United States Magistrate Judge. The information needed by counsel to participate in this telephonic conference will be provided by a separate notification.

This order has been formulated after a conference at which the respective

1

parties have appeared.  Any party shall file any corrections or additions within fourteen (14) days after receipt of this order.

**SO ORDERED.**

**Dated:**  November 6, 2025

_____
Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Served electronically on all ECF-registered counsel.