IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| EDWINA BILLHIMER, on behalf of herself and others similarly situated, | : <br> : CIVIL ACTION FILE NO. 3:24-cv-00209-MPB-CSW <br> : |
| Plaintiff, | : <br> : |
| v. | : <br> : |
| READERSMAGNET, LLC and ELINK SYSTEMS AND CONCEPTS CORP. | : <br> : <br> : |
| Defendants. | : |

**[PROPOSED] ORDER ON JOINT MOTION
TO EXTEND ALL UNEXPIRED DEADLINES BY 120 DAYS**

The Court, having reviewed the parties' Joint Motion to Extend All Unexpired Deadlines by 120 Days, and for good cause shown, **HEREBY GRANTS** the Motion.

All unexpired deadlines in the Case Management Plan and Scheduling Order are extended by 120 days. The revised deadlines are as follows:

| Event / Deadline | Current Deadline | New Proposed Deadline |
|---|---|---|
| Defendant's Expert Disclosure | January 16, 2026 | May 16, 2026 |
| Objections to Expert Testimony (Trial) | January 30, 2026 | May 30, 2026 |
| Final Witness & Exhibit Lists | February 17, 2026 | June 17, 2026 |
| Class Certification Motion | December 23, 2025 | April 22, 2026 |

IT IS SO ORDERED.

Date: _____    _____
                                                                Hon. Crystal S. Wildeman