UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| EDWINA BILLHIMER on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>READERSMAGNET, LLC,<br>ELINK SYSTEMS AND CONCEPTS CORP.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)   No. 3:24-cv-00209-MPB-CSW<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER ON JOINT MOTION**
**TO EXTEND ALL UNEXPIRED DEADLINES BY 120 DAYS**

The Court, having reviewed the parties' *Joint Motion to Extend All Unexpired Deadlines by 120 Days*, and for good cause shown, hereby **GRANTS** said Motion. (Dkt. No. 43).

IT IS THEREFORE ORDERED that all unexpired deadlines in the Case Management Plan and Scheduling Order are extended by 120 days. The revised deadlines are as follows:

| Event / Deadline | Current Deadline | New Proposed Deadline |
|---|---|---|
| Defendant's Expert Disclosure | January 16, 2026 | **May 16, 2026** |
| Objections to Expert Testimony (Trial) | January 30, 2026 | **May 30, 2026** |
| Final Witness & Exhibit Lists | February 17, 2026 | **June 17, 2026** |
| Class Certification Motion | December 23, 2025 | **April 22, 2026** |

**IT IS SO ORDERED.**

Date: November 24, 2025

_____
Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distributed electronically to ECF registered counsel of record.