# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| EDWINA BILLHIMER, on behalf of herself and others similarly situated, | : : | CIVIL ACTION FILE NO. 3:24-cv-00209-MPB-CSW |
| Plaintiff, | : : | |
| v. | : : | |
| READERSMAGNET, LLC and ELINK SYSTEMS AND CONCEPTS CORP. | : : | |
| Defendants. | : : | |

## STIPULATION TO FILE SECOND AMENDED COMPLAINT

As provided for in Federal Rule of Civil Procedure 15(a)(2), the parties hereby stipulate and agree as follows: Defendants consent to the filing of a second amended complaint without conceding the veracity of any of the allegations contained therein or without waiver of any arguments they may make in a responsive pleading.

Respectfully submitted,

For Plaintiff:

*/s/ Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com

For Defendants:

*/s/ Thomas J. Hayes*
Thomas J. Hayes

Dated: December 2, 2025