IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| EDWINA BILLHIMER and DANIEL CENNAMO, on behalf of themselves and others similarly situated, | : : : : |
| Plaintiff, | : : |
| v. | : : |
| READERSMAGNET, LLC and ELINK SYSTEMS AND CONCEPTS CORP. | : : : |
| Defendants. | |

CIVIL ACTION FILE NO. 3:24-cv-00209-MPB-CSW

_____/

**JOINT MOTION TO EXTEND ALL UNEXPIRED DEADLINES BY 30 DAYS**

Plaintiffs, Edwina Billhimer and Daniel Cennamo and Defendants, ReadersMagnet, LLC and Elink Systems and Concepts Corp., by and through their undersigned counsel, jointly move this Honorable Court to extend by 30 days all deadlines that have not yet passed in the current Case Management Plan and Scheduling Order. In support of this Motion, the parties state as follows:

1. The parties agreed to participate in a private mediation with the Honorable David Jones (Ret.) which was set to proceed on February 11, 2026. As this Court may be aware, the parties previously filed a Joint Motion to Extend All Unexpired Deadlines by 120 Days (Dkt #43) which this Court granted (Dkt #45). The mediation, however, did not proceed on said date because Defendants and its insurance carriers are still determining whether the claims made in the Second Amended Complaint are covered by insurance. As a result, the parties agreed to continue the private mediation with the mediator to April 7,

2026. The parties believe that a continuance of the remaining case deadlines by and additional 30 days will conserve judicial resources and allow them to focus their efforts on preparing for and attending this mediation.

2. The parties have continued to cooperate in discovery. Defendant ReadersMagnet, LLC has represented that it will produce supplemental discovery responses, and Plaintiff has already provided her expert report pursuant to Rule 26(a)(2).

3. The requested 30-day extension will enable the parties to complete the mediation before the next substantive deadlines—such as Defendant's expert disclosure deadline, motions to exclude expert testimony, and class certification briefing—become due.

4. Good cause exists under Rule 16(b)(4) for this brief extension. The extension will promote efficiency and the potential for early resolution without impacting the Court's schedule or causing undue delay. The proposed new dates are below:

| Event / Deadline | Current Deadline | New Proposed Deadline |
|---|---|---|
| Defendant's Expert Disclosure | May 16, 2026 | June 16, 2026 |
| Objections to Expert Testimony (Trial) | May 30, 2026 | June 30, 2026 |
| Final Witness & Exhibit Lists | June 17, 2026 | July 17, 2026 |
| Class Certification Motion | April 22, 2026 | May 22, 2026 |

5.

5.     There is a currently a Status Conference set for February 17, 2026 at 9:00 AM. The parties suggest that the Court strike this date and continue the Status Conference for a date following the mediation scheduled for April 7, 2026.

WHEREFORE, the parties request that this Honorable Court grant this Motion.

                Respectfully submitted,

                For Plaintiff:

                */s/ Anthony I. Paronich*
                Anthony I. Paronich
                PARONICH LAW, P.C.
                350 Lincoln Street, Suite 2400
                Hingham, MA 02043
                (617) 485-0018
                anthony@paronichlaw.com

                For Defendants:

                */s/ Thomas J. Hayes*
                Thomas J. Hayes
                HAYES LAW OFFICES, LLC
                309 50TH PL.
                Western Springs, IL 60558
                (708)642-7719
                thomasjhayes19@gmail.com

                Dated: February 13, 2026