IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| EDWINA BILLHIMER and DANIEL CENNAMO, on behalf of themselves and others similarly situated, | : : : : : : : : : : : : : : / | CIVIL ACTION FILE NO. 3:24-cv-00209-MPB-CSW |
| Plaintiff, | | |
| v. | | |
| READERSMAGNET, LLC and ELINK SYSTEMS AND CONCEPTS CORP. | | |
| Defendants. | | |

**[PROPOSED] ORDER ON JOINT MOTION TO EXTEND ALL UNEXPIRED DEADLINES BY 30 DAYS**

The Court Having reviewed the parties' Joint Motion to Extend All Unexpired Deadlines by 30 Days, and for good cause shown, Hereby Grants the Motion.

All unexpired deadlines in the Case Management Plan and Scheduling Order are extended by 30 days. The revised deadlines are as follows:

| Event/Deadline | Current Deadline | New Proposed Deadline |
|---|---|---|
| Defendants' Expert Disclosures | May 16, 2026 | June 16, 2026 |
| Objections to Expert Testimony (Trial) | May 30, 2026 | June 30, 2026 |
| Final Witness and Exhibit Lists | June 17, 2026 | July 17, 2026 |
| Class Certification Motion | April 22, 2026 | May 22, 2026 |

IT IS SO ORDERED

_____   _____

Date                                                                                   Hon. Crystal S. Wildeman