UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| EDWINA BILLHIMER, | ) | |
| DANIEL CENNAMO, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:24-cv-00209-MPB-CSW |
| | ) | |
| READERSMAGNET, LLC, | ) | |
| ELINK SYSTEMS AND CONCEPTS | ) | |
| CORP., | ) | |
| | ) | |
| Defendants. | ) | |

**MAGISTRATE JUDGE'S ORDER ON
TELEPHONIC STATUS CONFERENCE**

This matter came before the Honorable Crystal S. Wildeman, United States Magistrate Judge, by telephone, at 9:00 a.m., Evansville time (CST), on February 17, 2026, for a conference under Rule 16, Federal Rules of Civil Procedure. Parties were represented by counsel.

Thereafter, the following **ORDER** is entered:

1. The parties report that a private mediation is scheduled for **April 7, 2026.**

2. An order granting the Parties' *Joint Motion to Extend All Unexpired Deadlines By 30 Days,* (Dkt. No. 50), shall issue by separate entry.

3. A **Telephonic Status Conference** is set for **May 13, 2026, at 9:30 a.m.,** Evansville time (CST), before the Honorable Crystal S. Wildeman, United States Magistrate Judge. The information needed by counsel to participate in this

telephonic conference will be provided by a separate notification.

**SO ORDERED.**

**Dated:** February 17, 2026

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Served electronically on all ECF-registered counsel.