UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| EDWINA BILLHIMER, DANIEL CENNAMO, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:24-cv-00209-MPB-CSW |
| READERSMAGNET, LLC, ELINK SYSTEMS AND CONCEPTS CORP., | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER ON JOINT MOTION TO EXTEND DEADLINES BY 30 DAYS

The Court having reviewed the parties' *Joint Motion to Extend All Unexpired Deadlines by 30 Days*, (Dkt. No. 50), and for good cause shown, Hereby **GRANTS** the Motion.

All unexpired deadlines in the Case Management Plan and Scheduling Order are extended by 30 days. The revised deadlines are as follows:

| Event/Deadline | Current Deadline | New Deadline |
|---|---|---|
| Defendants' Expert Disclosures | May 16, 2026 | **June 16, 2026** |
| Objections to Expert Testimony (Trial) | May 30, 2026 | **June 30, 2026** |
| Final Witness and Exhibit Lists | June 17, 2026 | **July 17, 2026** |
| Class Certification Motion | April 22, 2026 | **May 22, 2026** |

**SO ORDERED.**

Date: February 17, 2026

_____
Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distributed electronically to ECF registered counsel of record.