UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| EDWINA BILLHIMER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:24-cv-00209-MPB-CSW |
| | ) | |
| READERSMAGNET, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MAGISTRATE JUDGE'S ORDER ON
TELEPHONIC STATUS CONFERENCE**

This matter came before the Honorable Crystal S. Wildeman, United States Magistrate Judge, by telephone, at 10:00 a.m., Evansville time (CST), on May 13, 2026, for a conference under Rule 16, Federal Rules of Civil Procedure.  Parties were represented by counsel.

Thereafter, the following **ORDER** is entered:

- Financial documents responsive to inquiries generated at mediation to be produced no later than **May 22, 2026.**

- Depositions requested by Plaintiff to be noticed no later than **May 29, 2026**.

- A **Telephonic Status Conference** is set for **JUNE 10, 2026, at 10:00 a.m.**, Evansville time (CST), before the Honorable Crystal S. Wildeman, United States Magistrate Judge.  The information needed by counsel to participate in this telephonic conference will be provided by a separate notification.

1

**SO ORDERED.**

**Dated:** May 13, 2026

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Served electronically on all ECF-registered counsel.