**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| EDWINA BILLHIMER, and DANIEL CENNAMO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>READERSMAGNET, LLC and ELINK SYSTEMS AND CONCEPTS CORP.<br><br>Defendants. | CIVIL ACTION NO.: 3:24-cv-00209-MPB-CSW |

## <u>JOINT STATUS REPORT AND PROPOSED AMENDED CASE SCHEDULE</u>

Pursuant to the Court's May 13, 2026 Order, the Parties jointly submit this Status Report and Proposed Amended Case Schedule.

1.      On May 13, 2026, the Court conducted a telephonic status conference following the Parties' April 7, 2026 mediation.

2.      During that conference, the Parties advised the Court that the mediation did not result in a settlement, but generated requests for certain insurance and financial information from Defendants. The Court thereafter directed: (a) Defendants to produce the requested insurance and financial information by May 22, 2026; (b) Defendants to provide deposition dates and have depositions scheduled for dates certain by May 29, 2026; and (c) the Parties to submit a proposed amended schedule, including revised class certification and related deadlines.

3.      Defendants produced the insurance and financial information requested during mediation on May 26, 2026.

4.      Plaintiffs continue to evaluate the recently produced materials.

5.      Plaintiffs have requested available dates for the depositions contemplated by the

Court's May 13, 2026 Order.

6.    On June 9, 2026, the parties agreed to take the Defendants' deposition on July 9, 2026.

7.    Given the timing of the production of the insurance and financial information, the need to complete depositions, and the proximity of the current class certification and expert-related deadlines, the Parties agree that modification of the existing schedule is appropriate and will promote the efficient resolution of this matter.

8.    Accordingly, the Parties jointly propose that the Court amend the remaining case deadlines as follows:

| Event/Deadline | Proposed Deadline |
| --- | --- |
| Motion for Class Certification to be filed by | September 16, 2026 |
| Defendant's Expert Disclosures | October 7, 2026 |
| Objections to Expert Testimony | October 28, 2026 |

9.    The requested modification will permit the Parties to complete the depositions contemplated by the Court, evaluate the recently produced insurance and financial information, continue meaningful settlement discussions, and prepare any class certification briefing on a complete factual record.

WHEREFORE, the Parties respectfully request that the Court enter an Order adopting the amended schedule set forth above and granting such further relief as the Court deems just and proper.

**<u>For Plaintiffs</u>**:

By: */s/ Anthony Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com

**<u>For Defendants:</u>**
*/s/ Thomas J. Hayes*
Thomas J. Hayes
Wilson Elser Moskowitz Edelman & Dicker LLP
161 N Clark - Suite 4500
Chicago, IL 60601
312.821.6474 (Direct)
thomas.hayes@wilsonelser.com