UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

EDWINA BILLHIMER on behalf of herself  )
and others similarly situated,  )
DANIEL CENNAMO,  )
  )
            Plaintiffs,  )
  )
      v.  )      No. 3:24-cv-00209-MPB-CSW
  )
READERSMAGNET, LLC,  )
ELINK SYSTEMS & CONCEPTS CORP.,  )
  )
            Defendants.  )

**ORDER ON PARTIES' JOINT STATUS REPORT AND PROPOSED
AMENDED CASE SCHEDULE**

Now before the Court is the Parties' joint status report.  Within the report, the Parties request to amend the remaining case management deadlines.  (Dkt. 56).

Having reviewed said report and finding such request is supported by good cause, the Court hereby **GRANTS** the Parties' request.  The remaining case management deadlines are extended as follows:

- Motion for Class Certification: **September 16, 2026**
- Defendant's Expert Disclosures: **October 7, 2026**
- Objections to Expert Testimony: **October 28, 2026**

Additionally, for future requests, the Parties are reminded of Local Rule 7-1(d), which requires a party to file a motion to seek extensions of case management deadlines, as well as a proposed order.

**SO ORDERED.**

**Date:** June 9, 2026

**Distribution:**

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

-1-

Distributed electronically via ECF to counsel of record.