**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**AT EVANSVILLE**

|  |  |
|---|---|
| EDWINA BILLHIMER, and DANIEL CENNAMO, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>READERSMAGNET, LLC and ELINK SYSTEMS AND CONCEPTS CORP.,<br><br>        Defendants. | No. 3:24-cv-00209-MPB-CSW<br><br>Honorable District Judge Matthew P. Brookman<br><br>Honorable Magistrate Judge Crystal S. Wildeman |

**JOINT MOTION TO EXTEND REMAINING CASE MANAGEMENT DEADLINES**

Plaintiffs and Defendants, by and through their respective counsel, jointly move the Court for an Order extending the remaining case management deadlines by sixty (60) days. In support thereof, the Parties state as follows:

1. On May 13, 2026, the Court conducted a telephonic status conference following the Parties' April 7, 2026 mediation.

2. During the status conference following the Parties' mediation, the Parties advised the Court that, although the mediation did not immediately resolve the case, it resulted in requests for additional insurance coverage and financial information from Defendants, the exchange and evaluation of which the Parties agreed would facilitate further settlement discussions. The Court directed Defendants to produce those materials, coordinate and schedule the remaining depositions, and submit a proposed amended case schedule, including revised class certification and related deadlines.

3. On June 9, 2026, the Court extended the remaining case management deadlines to

1

permit the Parties to complete discovery following the April 7, 2026 mediation, including the production and evaluation of insurance and financial information requested during mediation, completion of depositions, continued settlement discussions, and preparation of class certification briefing.

4. Since entry of the Court's Order, the Parties have continued to cooperate in completing the outstanding discovery contemplated by the Court, including coordinating depositions and exchanging information relevant to both class certification and their ongoing settlement discussions.

5. Since entry of the Court's Order, the Parties have continued to cooperate in completing the outstanding discovery contemplated by the Court, including coordinating depositions and exchanging information relevant to both class certification and their ongoing settlement discussions.

6. The Parties continue to evaluate the recently produced insurance coverage and financial materials, which bear directly on ongoing settlement discussions, including issues concerning available insurance coverage and Defendants' financial condition. Completing the exchange and evaluation of these materials will better inform the Parties' settlement positions and may narrow or eliminate issues requiring class certification briefing. Because the additional insurance coverage materials bear directly on the existence and scope of potential insurance coverage, the Parties believe it is more efficient to complete that exchange before expending the resources necessary to brief class certification.

7. Accordingly, the requested extension is not sought for purposes of delay. Rather, it will allow the Parties to complete the remaining discovery, continue meaningful settlement discussions, and, if necessary, present any class certification issues on a more complete factual

2

record, thereby promoting judicial economy and potentially avoiding unnecessary motion practice.

8.      The Parties also agreed to reschedule the remaining depositions to allow for the production and review of the additional insurance coverage materials before the witnesses are examined. Completing that document exchange before the depositions will promote a more efficient discovery process and may further facilitate settlement discussions.

9.      Accordingly, the Parties respectfully request that the Court extend all remaining case management deadlines by sixty (60) days. The revised schedule would be as follows:

| Event/Deadline | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| **Motion for Class Certification to be filed by** | September 16, 2026 | November 16, 2026 |
| **Defendant's Expert Disclosures** | October 7, 2026 | December 14, 2026 |
| **Objections to Expert Testimony** | October 28, 2026 | January 11, 2027[1] |

WHEREFORE, the Parties respectfully request that the Court enter an Order extending the remaining case management deadlines by sixty (60) days and granting such other and further relief as the Court deems just and proper.

*[Counsel signatures to follow on next page.]*

---

[1] The proposed deadlines are slightly staggered beyond a strict sixty-day extension to account for year-end holiday closures and scheduling constraints.

RESPECTFULLY SUBMITTED this 14th day of July, 2026.

/s/ Cassandra P. Miller
Cassandra P. Miller
**STRAUSS BORRELLI PLLC**
980 N Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
cmiller@straussborrelli.com

Anthony Paronich
**PARONICH LAW. P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100
anthony@paronichlaw.com

*Counsel for Plaintiffs and the Putative Class*

/s/ Thomas Hayes
Thomas Hayes
**WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP**
161 N Clark, Suite 4500
Chicago, IL 60601
Telephone: (708) 642-7719
thomas.hayes@wilsonelser.com

*Counsel for Defendants
ReadersMagnet LLC and
eLink Systems & Concepts Corp.*

4