UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| EDWINA BILLHIMER on behalf of herself and others similarly situated, DANIEL CENNAMO, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:24-cv-00209-MPB-CSW |
| READERSMAGNET, LLC, ELINK SYSTEMS AND CONCEPTS CORP., | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER ON JOINT MOTION TO EXTEND REMAINING
CASE MANAGEMENT DEADLINES**

Now before the Court is the Parties' *Joint Motion to Extend Remaining Case Management Deadlines*. (Dkt. 59). Having reviewed said *Motion* and finding good cause, the Court hereby **GRANTS** the *Motion*. The remaining case management deadlines are extended as follows:

- Motion for Class Certification: **November 16, 2026**

- Defendant's Expert Disclosures: **December 14, 2026**

- Objections to Expert Testimony: **January 11, 2027**

Additionally, the Parties are again reminded of Local Rule 7- 1(d), which requires parties to file a proposed order with a routine or uncontested motion.

**SO ORDERED.**

**Date:** July 14, 2026

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

**Distribution:**

Distributed electronically via ECF to counsel of record.