**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**AT EVANSVILLE**

| | |
|---|---|
| EDWINA BILLHIMER and DANIEL CENNAMO, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>READERSMAGNET, LLC and ELINK SYSTEMS AND CONCEPTS CORP.<br><br>Defendants. | No. 3:24-cv-00209-MPB-CSW<br><br>Hon. District Judge Matthew P. Brookman<br><br>Hon. Magistrate Judge Crystal S. Wildeman |

**DECLARATION OF EDWINA BILLHIMER IN SUPPORT OF**
**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Edwina Billhimer, declare as follows:

1. I am a named Plaintiff in this action. I make this declaration based on my own personal knowledge, and if called to testify, I could and would testify competently to the matters stated herein.

2. I submit this declaration in support of Plaintiffs' Motion for Class Certification.

3. My telephone number begins with (317) 956-. It is a residential, non-commercial number that I use for my own personal, residential, and household purposes. I do not use this number for any business purpose, and it is not associated with any business.

4. I listed my telephone number on the National Do Not Call Registry on October 12, 2019, and I have not removed it from the Registry since that time. A true and correct copy of my Registry confirmation is attached as **Exhibit A.**

5. I have never been a customer of ReadersMagnet, LLC ("ReadersMagnet"), and I never consented to receive calls or text messages from ReadersMagnet or from eLink Systems and Concepts Corp. ("eLink").

6. Despite my number's registration on the National Do Not Call Registry, I received repeated telemarketing calls on my residential telephone from callers who identified themselves as ReadersMagnet representatives and who solicited ReadersMagnet's promotional services and book marketing packages. On November 22, 2023, at 2:11 p.m., I received a call from the number 619-225-7549. I told the caller that I was not interested, that my number was on the National Do Not Call Registry, and that I did not want to be called again. On February 14, 2024, at 9:36 p.m., I received another call, from the number 619-225-7529. I again told the caller that I was not interested, that my number was on the Registry, and asked that the calls stop.

7. The calls continued. I received further calls on March 3, 2024 (5:10 p.m.), March 4, 2024 (5:09 p.m.), April 3, 2024 (4:52 p.m.), April 15, 2024 (10:51 a.m.), and August 15, 2024 (5:45 p.m.), from the numbers 619-225-7549, 619-225-7529, and 619-771-0400. ReadersMagnet also left voicemails on my telephone, including on September 7, 2023, October 4, 2023, March 3, 2024, March 4, 2024, April 3, 2024, April 15, 2024, and August 19, 2024. In the voicemail I received on March 4, 2024 at 5:12 p.m., the caller identified herself as calling from ReadersMagnet about my book and promoted ReadersMagnet's marketing services.

8. In an attempt to stop the calls, I sent ReadersMagnet a letter by certified U.S. mail on September 12, 2024. The letter described the unwanted calls I had received and my verbal requests that the calls stop, and it asked ReadersMagnet to respond in writing within five days and confirm that it would stop contacting me. I received confirmation that ReadersMagnet received the letter on September 18, 2024, at 1:31 p.m. I did not receive any response.

9. I nonetheless continued to receive calls. On October 23, 2024, I received another call, from the number 619-771-0400, and immediately afterward I received an email at 3:10 p.m. soliciting ReadersMagnet's Online Brand Publicity Iron Package. On October 24, 2024, I received four more calls from ReadersMagnet: two at about 12:07 p.m., one at 12:22 p.m., and one at 12:48 p.m., all from 619-771-0400. I did not answer those calls.

10. I do not have any interest that conflicts with the interests of other members of the proposed Class. My only interest in this litigation is in ending Defendants' unlawful calling practices and obtaining relief for myself and the Class.

11. I understand that as a proposed class representative, I have a duty to act in the best interests of the Class as a whole, and not merely in my own individual interest. by responding to written discovery (as I have already done), appearing for a deposition, which I have done, sitting for a deposition, and otherwise participating in this litigation as needed.

12. I have arranged for my counsel to advance the costs of this litigation, including the costs of providing notice to the Class, and I do not expect to personally bear those costs.

13. I support the appointment of Paronich Law, P.C. and Cassandra Miller as Class Counsel.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

RESPECTFULLY SUBMITTED this 16th day of November, 2026 in Fort Branch, IL.

*/s/ Edwina Billhimer*
Edwina Billhimer, Plaintiff

**CERTIFICATE OF SERVICE**

I, Cassandra P. Miller, hereby certify that on November 16, 2026, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system which will send an electronic copy to all parties and/or their counsel of record.

DATED this 16th day of November, 2026.

Respectfully submitted,

*/s/ Cassandra P. Miller*

Cassandra P. Miller
**STRAUSS BORRELLI PLLC**
980 N Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
cmiller@straussborrelli.com