# — EXHIBIT A —

Gmail

**Strauss Borrelli <borrellistrauss@gmail.com>**

---

## National Do Not Call Registry - Your Registration Is Confirmed

---

**Verify@donotcall.gov** <Verify@donotcall.gov>
Wed, Oct 23, 2024 at 3:53 PM
To: borrellistrauss@gmail.com

Thank you for registering your phone number with the National Do Not Call Registry. You successfully registered your phone number ending in 2357 on October 12, 2019. Most telemarketers will be required to stop calling you 31 days from your registration date.

[Quoted text hidden]