**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**AT EVANSVILLE**

| | |
|---|---|
| EDWINA BILLHIMER and DANIEL CENNAMO, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>READERSMAGNET, LLC and ELINK SYSTEMS AND CONCEPTS CORP.<br><br>Defendants. | No. 3:24-cv-00209-MPB-CSW<br><br>Hon. District Judge Matthew P. Brookman<br><br>Hon. Magistrate Judge Crystal S. Wildeman |

**DECLARATION OF CASSANDRA P. MILLER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Cassandra P. Miller, hereby declare as follows:

1. I am a Partner at Strauss Borrelli PLLC ("Strauss Borrelli") and counsel for Plaintiffs in this action. I submit this Declaration in support of Plaintiffs' Motion for Class Certification and appointment of Class Counsel. I have personal knowledge of the matters stated herein and, if called upon, could competently testify thereto.

2. I have twenty years of experience litigating complex class actions, with a substantial focus on consumer protection, data privacy, and data breach litigation, including claims arising under the Telephone Consumer Protection Act ("TCPA"), Fair Debt Collection Practices Act ("FDCPA"), Fair Credit Reporting Act ("FCRA"), and state consumer protection and privacy statutes. I have prosecuted and resolved numerous class actions in federal and state courts throughout the country.

3. I earned my J.D., magna cum laude, from the University of Illinois Chicago School of Law in 2006. I am admitted to practice in Illinois and before the United States District Courts

for the Northern and Central Districts of Illinois, the Southern and Northern Districts of Indiana, and the United States Court of Appeals for the Seventh Circuit.

4. Throughout my career, I have been substantially involved in prosecuting consumer protection class actions, including investigating claims, conducting discovery, briefing class certification and dispositive motions, negotiating settlements, and overseeing the administration of class settlements. My experience includes litigation involving unlawful collection practices, deceptive business practices, and unauthorized consumer communications.

5. I have served as Class Counsel in numerous consumer protection class actions, including matters in which classes were certified and settlements were successfully obtained. Representative matters include:

· *Pietras v. Sentry,* 513 F. Supp. 2d 983 (N.D. Ill. 2007);

· *Herkert v. MRC Receivables Corp*., 254 F.R.D. 344 (N.D. Ill. 2008);

· *Moore v. Stellar Recovery, Inc.*, No. 13-C-2294, 2014 U.S. Dist. LEXIS 95690 (N.D. Ill. July 14, 2014);

· *Tabiti v. LVNV Funding, LLC*, 2017 U.S. Dist. LEXIS 5932 (N.D. Ill. Jan. 17, 2017);

· *Wheeler v. Midland Funding LLC*, No. 15-C-11152, 2018 U.S. Dist. LEXIS 68952 (N.D. Ill. Apr. 24, 2018); and

· *Hollins v. Church Church Hittle + Antrim, No. 2:20-CV-304-JD, 2024 U.S. Dist. LEXIS 82920 (N.D. Ind. May 3, 2024).*

6. My experience in these matters includes addressing issues commonly presented in consumer class actions, including commonality, predominance, ascertainability, adequacy of representation, and the use of business records and other common evidence to establish classwide

liability.

7. Strauss Borrelli is a national civil litigation firm with substantial experience prosecuting complex class actions involving consumer protection, privacy, and other claims arising from corporate misconduct. The firm has served in leadership positions in numerous class actions in federal and state courts throughout the country.

8. At Strauss Borrelli, I lead a team of attorneys prosecuting consumer class actions nationwide. My responsibilities include developing litigation strategy, managing discovery, coordinating with co-counsel, supervising attorneys and staff, and negotiating classwide resolutions. The firm has the personnel, experience, and resources necessary to prosecute complex class litigation through trial, if necessary.

9. In this action, I have worked with co-counsel in investigating and prosecuting Plaintiffs' claims under the TCPA, including issues concerning Defendants' telemarketing practices, the National Do Not Call Registry, and the identification of potential class members through Defendants' records and other common evidence.

10. Based on my experience litigating consumer protection class actions, including TCPA matters, I am familiar with the legal and practical issues involved in prosecuting claims on behalf of consumers who allegedly received unlawful telemarketing calls. I believe that my experience, together with that of co-counsel, will enable us to fairly and adequately represent the proposed Class.

11. Strauss Borrelli and I are committed to devoting the time, personnel, and financial resources necessary to vigorously prosecute this action on behalf of Plaintiffs and the proposed Class through resolution, including trial and any necessary appeals.

12. Neither I nor Strauss Borrelli has any interests that conflict with those of Plaintiffs

or the proposed Class. I believe that Strauss Borrelli PLLC and Paronich Law, P.C. are qualified to serve as Class Counsel under Federal Rule of Civil Procedure 23(g).

13. Additional information regarding Strauss Borrelli PLLC's experience, qualifications, and representative class action matters is set forth in the firm resume, attached hereto as **Exhibit A** and incorporated herein by reference.

14. Based on my experience and qualifications, as well as those of Anthony Paronich and Paronich Law, P.C., I believe that Strauss Borrelli PLLC and Paronich Law, P.C. are well-qualified to serve as Class Counsel in this action. Together, counsel have the experience, knowledge, and resources necessary to fairly and adequately represent the proposed Class and vigorously prosecute this litigation through resolution, including trial if necessary. I respectfully support the appointment of both firms as Class Counsel pursuant to Federal Rule of Civil Procedure 23(g).

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

RESPECTFULLY SUBMITTED this 16th day of November, 2026 in Oak Park, IL.

Respectfully submitted,

*/s/ Cassandra P. Miller*

Cassandra P. Miller
**STRAUSS BORRELLI PLLC**
980 N Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
cmiller@straussborrelli.com

*Declarant and Counsel for Plaintiffs and the Putative Class*

**CERTIFICATE OF SERVICE**

I, Cassandra P. Miller, hereby certify that on November 16, 2026, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system which will send an electronic copy to all parties and/or their counsel of record.

DATED this 16th day of November, 2026.

Respectfully submitted,

*/s/ Cassandra P. Miller*

Cassandra P. Miller
**STRAUSS BORRELLI PLLC**
980 N Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
cmiller@straussborrelli.com