**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**AT EVANSVILLE**

| | |
|---|---|
| EDWINA BILLHIMER and DANIEL CENNAMO, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>READERSMAGNET, LLC and ELINK SYSTEMS AND CONCEPTS CORP.<br><br>Defendants. | No. 3:24-cv-00209-MPB-CSW<br><br>Hon. District Judge Matthew P. Brookman<br><br>Hon. Magistrate Judge Crystal S. Wildeman |

**DECLARATION OF DANIEL CENNAMO IN SUPPORT OF**
**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Daniel Cennamo, declare as follows:

1. I am a named Plaintiff in this action. I make this declaration based on my own personal knowledge, and if called to testify, I could and would testify competently to the matters stated herein.

2. I submit this declaration in support of Plaintiffs' Motion for Class Certification.

3. My telephone number begins with (817) 925-. It is a residential, non-commercial number that I use for my own personal, residential, and household purposes. I do not use this number for any business purpose, and it is not associated with any business.

4. I listed my telephone number on the National Do Not Call Registry in 2004, and I have not removed it from the Registry since that time. A true and correct copy of my Registry confirmation is attached as **Exhibit A.**

5. Despite my number's registration on the National Do Not Call Registry, I received telemarketing calls promoting the marketing services of ReadersMagnet, LLC ("ReadersMagnet"), including calls in 2021 and at least three calls in 2022.

6. I never gave ReadersMagnet, eLink Systems and Concepts Corp. ("eLink"), or anyone calling on their behalf, consent, whether written or otherwise, to make any of these calls to me, and I have never been a customer of ReadersMagnet.

7. I do not have any interest that conflicts with the interests of other members of the proposed Class. My only interest in this litigation is in ending Defendants' unlawful calling practices and obtaining relief for myself and the Class.

8. I understand that as a proposed class representative, I have a duty to act in the best interests of the Class as a whole, and not merely in my own individual interest. I accept that responsibility and am willing and able to fulfill it, including by responding to written discovery, sitting for a deposition, and otherwise participating in this litigation as needed.

9. I have arranged for my counsel to advance the costs of this litigation, including the costs of providing notice to the Class, and I do not expect to personally bear those costs.

10. I support the appointment of Paronich Law, P.C. and Cassandra Miller as Class Counsel.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

RESPECTFULLY SUBMITTED this 16th day of November, 2026 in Shepherd, TX.

*/s/ Daniel Cennamo*
Daniel Cennamo, Plaintiff

**CERTIFICATE OF SERVICE**

I, Cassandra P. Miller, hereby certify that on November 16, 2026, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system which will send an electronic copy to all parties and/or their counsel of record.

DATED this 16th day of November, 2026.

Respectfully submitted,

*/s/ Cassandra P. Miller*

Cassandra P. Miller
**STRAUSS BORRELLI PLLC**
980 N Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
cmiller@straussborrelli.com