# — EXHIBIT 6 —

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

EDWINA BILLHIMER and DANIEL ) CIVIL ACTION FILE NO.
CENNAMO, ON BEHALF OF ) 3:24-CV-00209-MPB-CSW
THEMSELVES AND OTHERS )
SIMILARLY SITUATED, )
)
PLAINTIFFS, )
v. )
)
READERSMAGNET, LLC and ELINK)
SYSTEMS AND CONCEPTS CORP., )
)
DEFENDANTS. )

The deposition upon oral examination of JOHN CARL ABINES, a witness produced and sworn before me, Trisha B. Morley, a Notary Public in and for the County of Dearborn, State of Indiana, taken on behalf of the Plaintiffs, reported via Zoom, on the 6th day of November, 2026, commencing at 12:00 p.m. EST, pursuant to the Indiana Rules of Trial Procedure.

APPEARANCES

FOR THE PLAINTIFFS: Anthony I. Paronich, Esq.
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

FOR THE DEFENDANTS: Thomas J. Hayes, Esq.
WILSON ELSER
161 N Clark, Suite 4500
Chicago, Illinois 60601
thomas.hayes@wilsonelser.com

EXAMINATION


| | PAGE |
|---|---|
| By Mr. Paronich | 3 |


EXHIBITS


| | |
|---|---|
| Exhibit 1 | 10 |
| Exhibit 2 | 11 |
| Exhibit 3 | 18 |
| Exhibit 4 | 19 |

JOHN CARL ABINES, having been duly sworn to tell the truth, testified as follows:

EXAMINATION

BY MR. PARONICH:

Q. And, sir, where are you currently employed?
A. I am currently employed with Readers Magnet, LLC.
Q. Do you have employment with any other company?
A. No. I do not.
Q. But you're also here to testify on behalf of the co-defendant in this case?
A. Yes.
Q. And what's your basis for being able to do so as a non-employee?
A. We are the only customer of eLink Systems Corp., and I -- as the head of Readers Magnet, I also oversee how we're supported and how we are helped overseas.
Q. Do you have -- does eLink have any employees?
A. Yes. Yes, they do.
Q. How many?
A. Part time and full time, around 145.
Q. And what is your current position at Readers Magnet?
A. The vice president.
Q. I'm sorry?
A. Vice president.

Q. Okay. And who's the president?
A. Albert Chan.
Q. And how many employees does Readers Magnet have?
A. Three.
Q. To prepare for the deposition today, did you speak with anyone at eLink ?
A. Yeah. Yes. Yes, definitely. I spoke to the quality manager, and I also spoke to the operations manager.
Q. And who are both -- what are the names of both of those individuals?
A. Leah Molinau and James Dodge Perez.
Q. Did you speak with anyone else besides your attorney?
A. No.
Q. Did you review any documents to prepare?
A. With Attorney Hayes, yes.
Q. And so can you describe Readers Magnet's business?
A. Yes, absolutely. So Readers Magnet is a company that assists authors that want to self-publish and market their books.
Q. And so what services does Readers Magnet sell to those authors?
A. Publication services and marketing services.

Q. And can you describe each of those in the context of Readers Magnet's business, both publication services and marketing services?

A. Sure. So if an author or a budding author has an idea, a manuscript, or even thoughts that are on paper, we go with them and handhold them with the publishing process and handhold them to distribute that.

And then for marketing the books, so once it's published, we also handhold them and give them recommendations on which marketing services they can avail of so that their books will be known.

Q. Got it. And how does Readers Magnet identify potential customers?

A. Well, we really rely on word of mouth, but telemarketing has also been a major role or major strategy in reaching out to custom authors.

Q. How long has Readers Magnet used telemarketing?

A. Ever since we started.

Q. When did Readers Magnet start?

A. Late 2016.

Q. And who owns Readers Magnet?

A. 90 percent of Readers Magnet is owned by a corporation, which Albert heads, and then I own the rest.

Q. I see. And who determines which potential customers are going to be contacted through telemarketing?

A. Who determines -- the best person that determines that is the publishing consultants that we have.

Q. And how many publishing consultants do you have?

A. Right now, it's close to --

MR. HAYES: Just for clarification, I know this is a little confusing because you're testifying on behalf of both entities. The publishing consultants you're talking about, John, ARE for which companies?

THE WITNESS: Are from eLink .

MR. HAYES: Go ahead. Sorry, Anthony.

MR. PARONICH: That's all right.

BY MR. PARONICH:

Q. So the telephone numbers come from a company that eLink has a relationship with?

A. Yes.

Q. When did Readers Magnet first start their relationship with eLink ?

A. When Readers Magnet actually started, 2016, October of 2016.

Q. And who first proposed that relationship? Did Readers Magnet reach out to eLink or vice versa?

A. It was -- it was mutual.

Q. How was it mutual that they -- so they reached out at the same time?

A. ELink was looking for, you know, potential

customers that they can outsource for, or you know, get work for, and then Readers Magnet was also looking for someone that we can partner with. Sure.

Q. And did you say Readers Magnet is eLink 's only customer?

A. For now, yes, or since 2024, yes.

Q. Well, that was going to be my question. Since 2024, they've been their only customer?

A. Yes.

Q. Do you know why Readers Magnet is eLink 's only customer?

A. I cannot really get into the details, but it really is the economy. There's a there's a lot of going back onshore.

Q. And eLink operates an offshore call center?

A. Yes.

Q. And what do you mean by "offshore" in this context?

A. The Philippines.

Q. And so based on the relationship between Readers Magnet and eLink , was eLink authorized to make outbound telephone calls to prospective customers?

A. That's correct.

Q. And those calls were intended to promote Readers Magnet services?

A. Yes.
Q. And is eLink allowed to use Readers Magnet's name in the calls?
A. Yes.
Q. And does Readers Magnet inform eLink what services they're supposed to promote on the calls?
A. Yes.
Q. And the criteria that Readers Magnet provides to eLink , has it ever changed at any time during the relationship?
A. Criteria based on...
Q. The outbound telemarketing calls that are made.
A. Yeah.
Q. It's changed. And has Readers Magnet made those changes for eLink to execute?
A. Yes. Readers Magnet has made those changes for eLink to execute, yes.
Q. Yeah. Has Readers Magnet ever stopped working with eLink or paused their relationship?
A. No.
Q. Approximately how much money has Readers Magnet paid eLink during their relationship?
A. A lot.
Q. Fair enough, but could you be more specific?
A. Like, on a yearly basis, we pay eLink close to

900.

Q. 900 what?

A. Thousand.

Q. Okay. And they've had a relationship since 2016?

A. Since quarter four of 2016.

Q. And that $900,000, has that been approximately the same throughout that relationship?

A. No. It's been really -- I think 900 is the max. It's been up maybe a few thousand, but definitely down as a few hundred thousands, especially in the past -- it's been down last year and this year.

Q. Who puts together the scripts that eLink uses?

A. ELink , actually.

Q. And does Readers Magnet review those scripts?

A. Yes, and approves those scripts.

Q. And does Readers Magnet have authority to make changes to those scripts?

A. Does Readers Magnet -- yes.

Q. Does Readers Magnet receive any kind of performance metrics from eLink ?

A. Yes.

Q. And what are those?

A. We have the productivity metrics as well as the revenue metrics.

Q. And how is eLink compensated?

A. For a worked hour.
Q. And how does Readers Magnet receive compensation as a result of these telemarketing efforts? Is it from the authors?
A. Yes.
Q. And how do the authors pay Readers Magnet?
A. Majorly, credit card.
Q. Fair. I meant how much do they pay them?
A. It depends on the service and, you know, which avenue they're availing of.
Q. And on the high end, how much will an author pay Readers Magnet?
A. For, you know -- for a full marketing strategy, up to $5,000.
Q. And so do you have access to the Zoom chat function?
A. I do.
Q. So I'm going to upload Exhibit 1 into the chat. Let me know when you're able to access it, please.
(Exhibit 1 was marked for purposes of identification and attached hereto.)
A. Okay. You want me to download it?
Q. Please.
A. Okay.
Q. Are you able to open the document in front of

you?

A. Yeah. It says -- it's Exhibit 1, the 30(b)(6). This is the one.

Q. Yep. That is the document. So do you recognize that document?

A. Yes.

Q. And is your understanding that you're here to testify on behalf of all topics?

A. Yes.

Q. I'm now going to put Exhibit 2 into the chat. Please let me know when you're able to access that.

(Exhibit 2 was marked for purposes of identification and attached hereto.)

A. Okay. Exhibit 2, RM's response to discovery.

Q. Do you recognize this document?

A. I do.

Q. And you reviewed and verified its accuracy before providing it?

A. Yes.

Q. And do you see the number 2, the request on page 1, and it goes on to 2?

A. For Exhibit 1?

Q. Exhibit 2. Those are answers to discovery. And at the bottom of page 1, there's number 2 to those answers. Do you see that?

A. Yes.
Q. In those answers, there's an entity identified called Owlscope. Do you recognize that company?
A. Yes.
Q. Who are they?
A. They are a. -- they're a group of individuals that provide us with leads.
Q. Where do they get them from?
A. I am not sure, but they scour for them.
Q. Okay. Who buys the leads? Is it Readers Magnet or eLink ?
A. ELink .
Q. And are those numbers scrubbed against the national Do Not Call Registry when they're purchased?
A. Yes.
Q. And you have you seen the plaintiff's expert report in this lawsuit?
A. Yes.
Q. And did you see where thousands of the numbers contacted were contacted while they were on the national Do Not Call Registry?
A. I saw that. However, that doesn't paint, you know, a total picture of things.
Q. What is missing from that picture?
A. The fact that probably half of those leads were

also from our other streams of lead sources, like social media. So when we run ads or when we maintain our social media pages, there's a lot of requests to be contacted.

Q. Oh, so you're saying that with some of those contacts, you have evidence that there was permission to be contacted?

A. Yes.

Q. Have you produced any of that evidence in this lawsuit?

A. For that specific file, no.

Q. Is there a reason why you haven't produced evidence of documents that you say help paint the complete picture of what happened in this lawsuit?

A. There's none. And, you know, I wasn't aware that we had to run those numbers or scrub those numbers from our current data list or database.

Q. And are you aware that there's a second set of discovery on your companies that have been pending since August of 2025?

A. There's a second set of -- what was that?

Q. This document you see in Exhibit 2 in front of you where it says it's the first set of discovery.

A. Yeah.

Q. Are you aware that there's a second set of discovery that was served 15 months ago?

A. Is this with a second customer or client complaining?

Q. That's the second amended complaint. So, as you sit here today, are you aware that there even is a second set of discovery that the defendants haven't answered?

A. And I'd like to clarify if you are referring to the second author?

Q. I'm not referring to the second author. That is the amended complaint that has been filed, which names another plaintiff in the lawsuit. What I'm referring to is that defendants, in federal court, have an obligation to respond to discovery.

This Exhibit 2 is one of the sets of discovery that was served, and there were eventually responses provided. There was a second set of discovery that was provided to the defendants in August of 2025, and we've received no responses. So do you know about that set of discovery?

A. No.

MR. PARONICH: Okay. So, Tom, at this point, I don't know if it's contacting the Court or -- I'm hearing about potential affirmative defense discovery. We've got a few weeks left in discovery after over a year and a half of litigation, and it would be responsive to discovery that they didn't answer from

14 months ago.

So what's the defendant's position on providing this information?

MR. HAYES: I can get it to you by Monday.

MR. PARONICH: All right. Well, we're obviously going to reserve the right to strike any evidence and have objections waived. I just asked the witness what the basis was for not responding, and he said he didn't even know about the discovery's existence.

MR. HAYES: I get it. I understand. If we need to produce another witness, we can certainly do that.

MR. PARONICH: Okay.

BY MR. PARONICH:

Q. So, then, under what circumstances does Readers Magnet scrub numbers against the National Do Not Call Registry?

A. Under all circumstances, we do that initial stages of the lead life cycle is -- goes through that process. And there's also an annual refresh, because it changes, and it also varies year per year.

Q. And does Readers Magnet only do the refresh every 12 months, or -- is that what you said?

A. Yes, 12 months.

Q. And why not every 30 days when the Do Not Call List is updated?

A. The current process we have is a year, so...
Q. Does Readers Magnet have a written National Do Not Call Registry Compliance Policy?
A. Yes.
Q. And who drafted it?
A. I'm not sure who it was, but when the company was started, it was made and to sign.
Q. Does Readers Magnet maintain an internal Do Not Call List?
A. Yes, definitely.
Q. And how is that list maintained?
A. That is maintained -- well, the process really starts when we get to call an author, or if there is an author that has requested to be in the Do Not Call List, then we really put them in that bucket. That is maintained by eLink 's IT, so that it's not going to be -- or our telephone system is not able to dial those numbers.
Q. Understood. So are you familiar with the one of the plaintiffs in this lawsuit, Edwina Billheimer?
A. Familiar, yes.
Q. Yeah. And so did eLink make telemarketing calls to her on behalf of Readers Magnet?
A. Yes.
Q. Does Readers Magnet dispute that Ms. Billheimer made requests to no longer receive contacts?

A. So the question was does Readers Magnet -- sorry. What was that again?

Q. It's okay. Does Reader's Magnet dispute that Ms. Billheimer made requests to no longer be contacted during the telemarketing calls?

A. No, no, we don't dispute that.

Q. But she still received subsequent calls after the request to no longer be contacted, correct?

A. That is correct, upon her request.

Q. Yes. She made a request to no longer be contacted, correct?

A. No. She also made a request to know more about services that she can avail of.

Q. Uh-huh, understood. But at some point she made a request to no longer be contacted, correct?

A. Yes. That is correct.

Q. And she received telemarketing calls after that request, correct?

A. Which she responded to for more information, yes.

Q. You're saying that she made a request to no longer be contacted; then she was contacted more, but during those further calls, she expressed interest?

A. Correct.

Q. So then -- but if she had made requests to no longer be contacted, why was she contacted?

A. Well, that was also another lapse because the office in San Diego did not open the letter in time.

Q. So her number wasn't added to the Do Not Call List?

A. No. No.

Q. And it should have been, correct?

A. It should have been if the letter that we received was read on time.

Q. Okay. So I'm going to put Exhibit 3 into here as well. It's uploading now. Now it should be available to you. Do you have that document open?

(Exhibit 3 was marked for purposes of identification and attached hereto.)

A. Yes.

Q. Do you recognize the document?

A. I do.

Q. Can you explain to me what they are?

A. They are the number of dials done and the percentages.

Q. Got it. And does eLink provide these documents?

A. Yes.

Q. And how were they compiled? How did eLink make the document?

A. This is based off the dialer's data.

Q. And what did eLink do to get the data from the

dialer to produce it in this lawsuit?
A. They simply downloaded it into or extracted it into an Excel file, and this is what they got.
MR. PARONICH: And so, Tom, are we going to stipulate to these as business records, or should I go through --
MR. TOM: Oh, that's fine. We stipulate.
MR. PARONICH: Great.
BY MR. PARONICH:
Q. In terms of acquiring numbers from various lead generators, is there a specific individual at eLink who's responsible for that?
A. No one specific. There's a team.
Q. Fair enough. What's the team's name?
A. There's there should be no name for the team, but it's the lead generation team.
Q. And who's the head of the lead generation team?
A. Leah Molinau.
Q. All right. Now I'll put in Exhibit 4 into the chat. Do you recognize -- actually, please open it and let me know when you have access to it.
(Exhibit 4 was marked for purposes of identification and attached hereto.)
A. It says eLink 's Rule 30(b)(6) Deposition.
Q. Yeah. And so is it also your understanding that

you're here to testify pursuant to this notice on behalf of eLink ?
A. Yes.
Q. And to do that with respect to all topics?
A. Yes.
Q. And is eLink organized in the Philippines?
A. Correct.
Q. And is there one call center that it operates?
A. Yes.
Q. And is that in the Philippines as well?
A. Yes.
Q. And approximately how many employees does eLink use to make outbound telemarketing calls?
A. For outbound telemarketing calls, 55.
Q. And are those calls made to individuals in the United States?
A. Yes.
Q. And is there an individual at eLink that's responsible for TCPA compliance?
A. Yeah. That would really be the lead generation team as well.
Q. Okay. With Ms. Molinau?
A. Molinau, yeah.
Q. Molinau, Thank you. Other than Owlscope, can you name any of the lead -- generate the phone number sources

for eLink ?
A. I don't -- I cannot recall, but we also have several thousands, actually, from Facebook ads and Twitter ads.
Q. Thousands of phone numbers or thousands of lead sources?
A. Thousands of phone numbers.
Q. Okay. And does eLink have an SAN number for the National Do Not Call Registry?
A. No.
Q. Then how does eLink access the National Do Not Call Registry?
A. ELink purchases the list from separate vendors for the National Do Not Call List. Actually, after this case, we have now two sources.
Q. I see, okay. What are those two sources?
A. I don't recall.
Q. I want to turn back to Exhibit 3. That's the Excel file. So, with respect to the calling records that had been produced in this case, do you see that there is a column where there's the word "safe" on them? Do you see that?
A. Which sheet are you looking at?
Q. So it's the only Excel spreadsheet, and in 2021 is one of the examples of where the word appears in Column

C.

A. The word "safe"?

Q. Yep.

A. I don't see it. I see November to December 2020 for my Column C.

Q. So the column is called "status," right? So you're on the document that's labeled DNC DTA 2020 to 2024 calling records, correct?

A. Yes.

Q. Do you see the tabs at the bottom, Sheet 1, all DNC, all numbers 2021?

A. Yeah.

Q. Click on 2021.

A. Okay.

Q. And go up to the top in the fourth column -- sorry, the fourth row. The third column says the word "safe." Do you see that?

A. Yeah, I do.

Q. What does that "safe" designation mean?

A. This is safe to call or safe to upload.

Q. Safe to upload to the dialer?

A. Yes.

Q. Does that mean it's not on the National Do Not Call Registry?

A. Yes.

Q. Has -- actually, I'm going to strike that.
The individuals who make the calls for eLink in the Philippines, are those employees?
A. Of eLink , yes.
Q. Is there a contract between Readers Magnet and eLink ?
A. There is.
Q. Is it written?
A. Yeah, it is.
Q. Did you provide it to your attorney to be produced in this lawsuit?
A. No. No, we have not.
Q. Is there a reason why not?
A. I'm even trying to recall where it is, because that was made prior my time in 2016. But there is --
Q. That was going to be my next question: Is there only one contract between eLink ?
A. Yes.
Q. Okay. And so all of the calls that are made in this Excel spreadsheet, those were exclusively made by eLink , correct?
A. Correct.
Q. And they were exclusively made to promote the services of Readers Magnet, correct?
A. Correct.

Q. And so for the individuals that eLink is trying to make telemarketing calls to for Readers Magnet, those are all individual people, correct, as opposed to companies?

A. Individual people, yeah.

MR. PARONICH: So, Tom, really, all I need is this -- I need the second set of discovery, and then questions related to the production, and I think the Molinau deposition. And so I'll just suspend on that basis. The Molinau deposition's separate.

And, otherwise, we don't have any other questions at this time.

MR. HAYES: You don't have any issues with John having testified on behalf of both entities, correct?

MR. PARONICH: Not unless I learn something new. But he answered the questions I had with respect to eLink . So, you know, if I learn something new, I'll bring it up with you. But for now, that's right. I think a lot of what happened -- actually, let's wrap up and go off the record. Ms. Morley, do you need anything from us?

THE COURT REPORTER: Will he review and sign or waive signature, and will you be ordering today?

MR. HAYES: We'll reserve signature.

MR. PARONICH: And then I will be ordering, and

I'd please like a copy by next Tuesday.

(Deposition proceedings conclude at 12:48 p.m.)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| EDWINA BILLHIMER and DANIEL CENNAMO, ON BEHALF OF THEMSELVES AND OTHERS SIMILARLY SITUATED, | ) | CIVIL ACTION FILE NO. 3:24-CV-00209-MPB-CSW |
| PLAINTIFFS, | ) | |
| v. | ) | |
| READERSMAGNET, LLC and ELINK SYSTEMS AND CONCEPTS CORP., | ) | |
| DEFENDANTS. | ) | |

I, JOHN CARL ABINES, do hereby state and acknowledge that I have read the foregoing transcript of the testimony given by me on November 6th, 2026, at my deposition;

That said transcript constitutes a true and accurate record of the testimony given by me at said deposition, except as so otherwise indicated on the errata sheet(s) provided herein.

FURTHER THE DEPONENT SAITH NOT

_______________________________
JOHN CARL ABINES

DATE: _________________________

STATE OF INDIANA )
) SS:
COUNTY OF DEARBORN )

I, Trisha B. Morley, the undersigned Court Reporter and Notary Public, residing in Bright, County of Dearborn, State of Indiana, do hereby certify that JOHN CARL ABINES, the deponent herein, was by me first duly sworn to tell the truth, the whole truth, and nothing but the truth in the above-captioned cause;

That the foregoing deposition was taken on behalf of the Defendant on the 6th day of November, 2026, pursuant to the applicable rules;

That said deposition was taken down in stenographic notes and afterwards reduced to typewriting under my direction, and that the typewritten transcript is a true record of the testimony given by said deponent; and therefore said transcript was presented to him/her for signature;

That the parties were represented by their aforementioned counsel;

I do further certify that I am a disinterested person in this cause of action; that I am not a relative or attorney of either party, or otherwise interested in the event of this action, and am not in the employ of the attorneys for either party.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal this 6th day of November, 2026.

/s/ Trisha B. Morley
Trisha B. Morley
________________________________
Trisha B. Morley, Court Reporter
Indiana Notary Public, ID#NP0726993
County of Residence: Dearborn
My Commission Expires: May 27, 2028



# Magna Key Contacts

**Schedule a Deposition:**
Scheduling@MagnaLS.com | 866-624-6221

**Order a Transcript:**
CustomerService@MagnaLS.com | 866-624-6221

**General Billing Inquiries:**
ARTeam@MagnaLS.com | 866-624-6221

**Scheduling Operations Manager:**
Patricia Gondor (E: PGondor@MagnaLS.com | C: 215-221-9566)

**Customer Care:**
Cari Hartley (E: CHartley@MagnaLS.com | C: 843-814-0841)

**Director of Production Services:**
Ron Hickman (E:RHickman@MagnaLS.com | C: 215-982-0810)

**National Director of Discovery Support Services:**
Carmella Mazza (E: CMazza@MagnaLS.com | C: 856-495-1920)

**Billing Manager:**
Maria Capetola (E: MCapetola@MagnaLS.com | C: 215-292-9603)

**Director of Sales Operations:**
Kristina Moukina (E: KMoukina@MagnaLS.com | C: 215-796-5028)

MAGNA
LEGAL SERVICES

**A**

**ABINES** 1:11 3:1 26:10,17 27:4
**able** 3:12 10:19,25 11:11 16:17
**about** 6:8 14:17,22 15:9 17:12
**above-captioned** 27:6
**absolutely** 4:20
**access** 10:15,19 11:11 19:21 21:11
**accuracy** 11:17
**accurate** 26:12
**acknowledge** 26:10
**acquiring** 19:10
**action** 1:3 26:3 27:14,15
**actually** 6:18 9:13 19:20 21:3 21:14 23:1 24:19
**added** 18:3
**ads** 13:2 21:3,4
**affirmative** 14:22
**affixed** 27:17
**aforementioned** 27:13
**after** 14:23 17:7,17 21:14
**afterwards** 27:9
**again** 17:2
**against** 12:13 15:15
**ago** 13:25 15:1
**ahead** 6:10
**Albert** 4:2 5:23
**all** 6:11 11:8 15:5,17 19:19 20:4 22:10,11 23:19 24:3,6
**allowed** 8:2
**also** 3:9,15 4:8 5:9,15 7:2 13:1 15:19,20 17:12 18:1 19:25 21:2
**am** 3:6 12:9 27:14,14,15
**amended** 14:3,9
**an** 5:4,4 7:15 10:11 12:2 14:11 15:19 16:8,13 16:13 19:3 20:18 21:8
**annual** 15:19
**another** 14:10 15:11 18:1
**answer** 14:25
**answered** 14:5 24:16
**answers** 11:23,25 12:2
**Anthony** 2:2 6:10
**anthony@paronic...** 2:4
**any** 3:7,17 4:16 8:9 9:19 13:8 15:6 20:25 24:11,13
**anyone** 4:6,13
**anything** 24:21
**APPEARANCES** 2:1
**appears** 21:25
**applicable** 27:8
**approves** 9:15
**approximately** 8:21 9:6 20:12
**are** 3:5,14,16 4:10,10 5:5 5:25 6:8,9 8:12 9:22 10:25 11:23 12:5,6 12:13 13:17,24 14:4 14:6 16:18 18:17,18 19:4 20:15 21:16,23 23:3,19 24:3
**around** 3:20
**as** 3:2,12,15 9:9,23,23 10:3 14:3 18:9 19:5 20:10,21 24:3 26:13
**asked** 15:7
**assists** 4:21
**at** 1:15 3:21 4:6 6:24 8:9 11:24 14:20 17:14 19:11 20:18 21:23 22:10 24:12 25:2 26:11,12
**attached** 10:21 11:13 18:13 19:23
**attorney** 4:14,17 23:10 27:15
**attorneys** 27:16
**August** 13:19 14:16
**author** 5:4,4 10:11 14:7,8 16:13,14
**authority** 9:16
**authorized** 7:21
**authors** 4:21,24 5:16 10:4,6
**avail** 5:10 17:13
**available** 18:10
**availing** 10:10
**avenue** 10:10
**aware** 13:14,17,24 14:4

**B**

**B** 1:12 27:3,22,23
**back** 7:14 21:18
**based** 7:20 8:11 18:24
**basis** 3:12 8:25 15:8 24:10
**be** 5:11,25 7:7 8:24 13:3 13:6 14:24 16:14,16 17:4,8,10,15,21,25 18:10 19:15 20:20 23:10,16 24:23,25
**because** 6:6 15:19 18:1 23:14
**been** 3:1 5:15 7:8 9:6,8,9 9:11 13:18 14:9 18:6,7 21:20
**before** 1:11 11:17
**behalf** 1:3,13 3:9 6:7 11:8

16:22 20:1 24:14 26:3 27:7
**being**
3:12
**besides**
4:13
**best**
6:1
**between**
7:20 23:5,17
**Billheimer**
16:19,24 17:4
**BILLHIMER**
1:3 26:3
**books**
4:22 5:8,11
**both**
4:10,10 5:2 6:7 24:14
**bottom**
11:24 22:10
**Bright**
27:4
**bring**
24:18
**bucket**
16:15
**budding**
5:4
**business**
4:19 5:2 19:5
**but**
3:9 5:14 7:12 8:24 9:9 12:9 16:6 17:7 17:14,21,24 19:15 21:2 23:15 24:16,18 27:5
**buys**
12:10
**by**
2:12 3:4 5:22 6:12 7:17 15:4,13 16:16 19:9 23:20 25:1 26:11,12 27:5,10,12

**C**

**C**
22:1,5
**call**
7:15 12:14,21 15:15 15:24 16:3,9,13,14 18:3 20:8 21:9,12 21:14 22:20,24
**called**
12:3 22:6
**calling**
21:19 22:8
**calls**
7:22,24 8:3,6,12 16:21 17:5,7,17,22 20:13,14,15 23:2,19 24:2
**can**
4:18 5:1,10 7:1,3 15:4,11 17:13 18:17 20:24
**cannot**
7:12 21:2
**card**
10:7
**CARL**
1:11 3:1 26:10,17 27:4
**case**
3:10 21:15,20
**cause**
27:6,14
**CENNAMO**
1:3 26:3
**center**
7:15 20:8
**certainly**
15:11
**certify**
27:4,14
**Chan**
4:2
**changed**
8:9,14
**changes**
8:15,16 9:17 15:20
**chat**
10:15,18 11:10 19:20
**Chicago**
2:7
**circumstances**
15:14,17
**CIVIL**
1:3 26:3
**clarification**
6:5
**clarify**
14:6
**Clark**
2:7
**Click**
22:13
**client**
14:1
**close**
6:4 8:25
**column**
21:21,25 22:5,6,15 22:16
**come**
6:13
**commencing**
1:15
**Commission**
27:25
**companies**
6:8 13:18 24:4
**company**
3:7 4:20 6:13 12:3 16:6
**compensated**
9:25
**compensation**
10:2
**compiled**
18:22
**complaining**
14:2
**complaint**
14:3,9
**complete**
13:12
**compliance**
16:3 20:19
**CONCEPTS**
1:7 26:7
**conclude**
25:2
**confusing**
6:6
**constitutes**
26:12
**consultants**
6:2,3,7
**contacted**
5:25 12:20,20 13:3,6 17:4,8,11,15,21,21 17:25,25
**contacting**
14:21
**contacts**
13:5 16:25
**context**
5:1 7:18
**contract**
23:5,17
**copy**
25:1
**Corp**
1:7 3:14 26:7
**corporation**
5:23
**correct**
7:23 17:8,9,11,15,16 17:18,23 18:6 20:7 22:8 23:21,22,24,25 24:3,14
**could**
8:24
**counsel**
27:13
**County**
1:12 27:2,4,24
**court**
1:1 14:11,21 24:22 26:1 27:3,23
**co-defendant**
3:10
**credit**
10:7

**criteria**
8:8,11
**current**
3:21 13:16 16:1
**currently**
3:5,6
**custom**
5:16
**customer**
3:14 7:5,8,11 14:1
**customers**
5:13,25 7:1,22
**cycle**
15:18

**D**

**DANIEL**
1:3 26:3
**data**
13:16 18:24,25
**database**
13:16
**DATE**
26:19
**day**
1:14 27:7,17
**days**
15:24
**Dearborn**
1:13 27:2,4,24
**December**
22:4
**Defendant**
27:7
**defendants**
1:8 2:6 14:5,11,16 26:8
**defendant's**
15:2
**defense**
14:22
**definitely**
4:7 9:9 16:10
**depends**
10:9
**deponent**
26:14 27:5,10
**deposition**
1:10 4:5 19:24 24:9 25:2 26:11,12 27:7 27:9
**deposition's**
24:10
**describe**
4:18 5:1
**designation**
22:19
**details**
7:12
**determines**
5:24 6:1,1
**dial**
16:17
**dialer**
19:1 22:21
**dialer's**
18:24
**dials**
18:18
**did**
4:5,13,16 5:19 6:16 6:20 7:4 12:19 16:21 18:2,22,25 23:10
**didn't**
14:25 15:9
**Diego**
18:2
**direction**
27:10
**discovery**
11:14,23 13:18,22,25 14:5,12,13,15,18,22 14:23,25 24:7
**discovery's**
15:9
**disinterested**
27:14
**dispute**
16:24 17:3,6
**distribute**
5:7
**DISTRICT**
1:1,1 26:1,1
**DNC**
22:7,11
**do**
3:7,8,12,17,18 6:3 7:10,17 10:6,8,15 10:17 11:4,15,16,20 11:25 12:3,8,14,21 14:17 15:11,15,17 15:21,24 16:2,8,14 18:3,11,15,16,25 19:20 20:4 21:9,11 21:14,20,21 22:10 22:17,18,23 24:20 26:10 27:4,14
**document**
10:25 11:4,5,15 13:21 18:11,15,23 22:7
**documents**
4:16 13:12 18:20
**Dodge**
4:12
**does**
3:17 4:3,23 5:12 8:5 9:14,16,18,19 10:2 15:14,21 16:2,8,24 17:1,3 18:20 20:12 21:8,11 22:19,23
**doesn't**
12:22
**done**
18:18
**don't**
14:21 17:6 21:2,17 22:4 24:11,13
**down**
9:9,11 27:9
**download**
10:22
**downloaded**
19:2
**drafted**
16:5
**DTA**
22:7
**duly**
3:1 27:5
**during**
8:9,22 17:5,22

**E**

**each**
5:1
**economy**
7:13
**Edwina**
1:3 16:19 26:3
**efforts**
10:3
**either**
27:15,16
**eLink**
1:7 3:14,17 4:6 6:9 6:14,17,21,25 7:4 7:10,15,21,21 8:2,5 8:9,15,17,19,22,25 9:12,13,20,25 12:11 12:12 16:16,21 18:20,22,25 19:11 19:24 20:2,6,12,18 21:1,8,11,13 23:2,4 23:6,17,21 24:1,17 26:7
**else**
4:13
**ELSER**
2:6
**employ**
27:16
**employed**
3:5,6
**employees**
3:17 4:3 20:12 23:3
**employment**
3:7
**end**
10:11
**enough**
8:24 19:14
**entities**

6:7 24:14
**entity**
12:2
**errata**
26:13
**especially**
9:10
**Esq**
2:2,6
**EST**
1:15
**even**
5:5 14:4 15:9 23:14
**event**
27:15
**eventually**
14:14
**ever**
5:18 8:9,18
**every**
15:21,24
**evidence**
13:5,8,12 15:6
**examination**
1:10 2:10 3:3
**examples**
21:25
**Excel**
19:3 21:19,24 23:20
**except**
26:13
**exclusively**
23:20,23
**execute**
8:15,17
**Exhibit**
2:16,17,17,18 10:18 10:20 11:2,10,12,14 11:22,23 13:21 14:13 18:9,12 19:19 19:22 21:18
**EXHIBITS**
2:15
**existence**
15:9
**expert**
12:16
**Expires**
27:25
**explain**
18:17
**expressed**
17:22
**extracted**
19:2

**F**

**Facebook**
21:3
**fact**
12:25
**Fair**
8:24 10:8 19:14
**familiar**
16:18,20
**federal**
14:11
**few**
9:9,10 14:23
**file**
1:3 13:10 19:3 21:19 26:3
**filed**
14:9
**fine**
19:7
**first**
6:16,20 13:22 27:5
**follows**
3:2
**for**
1:1,12 2:2,6 3:12 4:5 5:8 6:5,8,25 7:1,2,2 7:6 8:15,16 10:1,13 10:13,20 11:12,22 12:9 13:10 15:8 17:19 18:12 19:12 19:15,22 20:14,19 21:1,8,14 22:5 23:2 24:1,2,18 26:1 27:11,16
**foregoing**
26:10 27:7
**four**
9:5
**fourth**
22:15,16
**from**
6:9,13 9:20 10:3 12:8 12:24 13:1,15 14:25 18:25 19:10 21:3,13 24:21
**front**
10:25 13:21
**full**
3:20 10:13
**function**
10:16
**further**
17:22 26:14 27:14

**G**

**generate**
20:25
**generation**
19:16,17 20:20
**generators**
19:11
**get**
7:1,12 12:8 15:4,10 16:13 18:25
**give**
5:9
**given**
26:11,12 27:10
**go**
5:6 6:10 19:5 22:15 24:20
**goes**
11:21 15:18
**going**
5:25 7:7,13 10:18 11:10 15:6 16:16 18:9 19:4 23:1,16
**got**
5:12 14:23 18:20 19:3
**Great**
19:8
**group**
12:6

**H**

**had**
9:4 13:15 17:24 21:20 24:16
**half**
12:25 14:24
**hand**
27:17
**handhold**
5:6,7,9
**happened**
13:13 24:19
**has**
5:4,15,17 6:14 8:9,14 8:16,18,21 9:6 14:9 16:14 23:1
**have**
3:7,17,17 4:3 6:2,3 9:16,23 10:15 12:16 13:5,8,18 14:11 15:7 16:1,2 18:6,7 18:11 19:21 21:2,8 21:15 23:12 24:11 24:13 26:10 27:17
**haven't**
13:11 14:5
**having**
3:1 24:14
**Hayes**
2:6 4:17 6:5,10 15:4 15:10 24:13,24
**he**
15:8,8 24:16,22
**head**
3:15 19:17
**heads**
5:23
**hearing**
14:22
**help**
13:12
**helped**

3:16
**her**
16:22 17:9 18:3
**here**
3:9 11:7 14:4 18:9 20:1
**hereby**
26:10 27:4
**herein**
26:13 27:5
**hereto**
10:21 11:13 18:13 19:23
**hereunto**
27:17
**high**
10:11
**him/her**
27:11
**Hingham**
2:4
**hour**
10:1
**how**
3:15,16,19 4:3 5:12 5:17 6:3,23 8:21 9:25 10:2,6,8,11 16:11 18:22,22 20:12 21:11
**However**
12:22
**hundred**
9:10

**I**

**I**
2:2 3:6,8,15,15 4:7,8 5:23,24 6:5 7:12 9:8 10:8,17 11:16 12:9 12:22 13:14 14:20 15:4,7,10,10 18:16 19:5 21:2,2,16,17 21:18 22:4,4,18 24:6,7,8,15,16,17 24:18,25 26:10,10 27:3,14,14,14,17
**idea**
5:5
**identification**
10:21 11:13 18:13 19:23
**identified**
12:2
**identify**
5:12
**ID#NP0726993**
27:24
**if**
5:4 14:6,21 15:10 16:13 17:24 18:7 24:17
**Illinois**
2:7
**in**
1:1,12 3:10 5:1,16 7:17 8:3 9:10 10:25 12:2,17 13:8,13,21 13:21 14:10,11,16 14:23 16:14,15,19 18:2,2 19:1,10,19 20:6,10,15 21:20,24 21:25 22:15 23:2,11 23:15,19 26:1 27:4 27:5,9,14,15,15,17
**Indiana**
1:1,13,15 26:1 27:1,4 27:24
**indicated**
26:13
**individual**
19:11 20:18 24:3,5
**individuals**
4:11 12:6 20:15 23:2 24:1
**inform**
8:5
**information**
15:3 17:19
**initial**
15:17
**intended**
7:24
**interest**
17:22
**interested**
27:15
**internal**
16:8
**into**
7:12 10:18 11:10 18:9 19:2,3,19
**is**
3:21 4:20 5:22 6:2,6 7:4,10,13 8:2 9:8,25 10:3 11:3,4,7 12:10 12:24 13:11 14:1,4 14:8,11,13 15:18,22 15:25 16:1,11,12,13 16:15,17 17:9,16 18:24 19:3,11,25 20:6,8,10,18 21:20 21:25 22:6,20 23:5 23:7,8,9,13,14,15 23:16 24:1,6 27:10
**issues**
24:13
**it**
5:12 6:22,22,23 7:12 8:9 10:3,9,19,22 11:2,18,21 12:10 13:22 14:24 15:4,10 15:19,20 16:5,6,7 16:16 18:6,7,10,20 19:1,2,2,20,21,24 19:25 20:8 22:4 23:8,9,10,14 24:18
**its**
11:17
**it's**
5:8 6:4 8:14 9:8,9,10 11:2 13:22 14:21 16:16 17:3 18:10 19:16 21:24 22:23
**I'd**
14:6 25:1
**I'll**
19:19 24:9,17
**I'm**
3:24 10:18 11:10 14:8,10,21 16:6 18:9 23:1,14

**J**

**J**
2:6
**James**
4:12
**John**
1:11 3:1 6:8 24:13 26:10,17 27:4
**just**
6:5 15:7 24:9

**K**

**kind**
9:19
**know**
6:5,25 7:1,10 10:9,13 10:19 11:11 12:23 13:14 14:17,21 15:9 17:12 19:21 24:17
**known**
5:11

**L**

**labeled**
22:7
**lapse**
18:1
**last**
9:11
**Late**
5:20
**LAW**
2:3
**lawsuit**
12:17 13:9,13 14:10 16:19 19:1 23:11
**lead**
13:1 15:18 19:10,16 19:17 20:20,25 21:5
**leads**
12:7,10,25
**Leah**

4:12 19:18
**learn**
24:15,17
**left**
14:23
**let**
10:19 11:11 19:21
**letter**
18:2,7
**let's**
24:19
**life**
15:18
**like**
8:25 13:1 14:6 25:1
**Lincoln**
2:3
**list**
13:16 15:25 16:9,11 16:14 18:4 21:13,14
**litigation**
14:24
**little**
6:6
**LLC**
1:7 3:6 26:7
**long**
5:17
**longer**
16:25 17:4,8,10,15 17:21,25
**looking**
6:25 7:2 21:23
**lot**
7:13 8:23 13:3 24:19

**M**

**MA**
2:4
**made**
8:12,14,16 16:7,25 17:4,10,12,14,20,24 20:15 23:15,19,20 23:23
**Magnet**
3:6,15,22 4:3,20,23 5:12,17,19,21,22 6:16,18,21 7:2,4,10 7:21,25 8:5,8,14,16 8:18,21 9:14,16,18 9:19 10:2,6,12 12:10 15:15,21 16:2 16:8,22,24 17:1,3 23:5,24 24:2
**Magnet's**
4:18 5:2 8:2
**maintain**
13:2 16:8
**maintained**
16:11,12,16
**major**
5:15,15
**Majorly**
10:7
**make**
7:21 9:16 16:21 18:22 20:13 23:2 24:2
**manager**
4:8,9
**manuscript**
5:5
**many**
3:19 4:3 6:3 20:12
**marked**
10:20 11:12 18:12 19:22
**market**
4:21
**marketing**
4:25 5:3,8,10 10:13
**max**
9:8
**May**
27:25
**maybe**
9:9
**me**
1:11 10:19,22 11:11 18:17 19:21 26:11 26:12 27:5
**mean**
7:17 22:19,23
**meant**
10:8
**media**
13:2,3
**metrics**
9:20,23,24
**missing**
12:24
**Molinau**
4:12 19:18 20:22,23 20:24 24:9,10
**Monday**
15:4
**money**
8:21
**months**
13:25 15:1,22,23
**more**
8:24 17:12,19,21
**Morley**
1:12 24:20 27:3,22 27:23
**mouth**
5:14
**Mr**
2:12 3:4 6:5,10,11,12 14:20 15:4,5,10,12 15:13 19:4,7,8,9 24:6,13,15,24,25
**Ms**
16:24 17:4 20:22 24:20
**much**
8:21 10:8,11
**mutual**
6:22,23
**my**
7:7 22:5 23:15,16 26:11 27:9,17,17,25

**N**

**N**
2:7
**name**
8:3 19:14,15 20:25
**names**
4:10 14:9
**national**
12:14,20 15:15 16:2 21:9,11,14 22:23
**need**
15:10 24:6,7,20
**new**
24:15,17
**next**
23:16 25:1
**no**
1:3 3:8 4:15 8:20 9:8 13:10 14:17,19 16:25 17:4,6,6,8,10 17:12,15,20,24 18:5 18:5 19:13,15 21:10 23:12,12 26:3
**none**
13:14
**non-employee**
3:13
**not**
3:8 12:9,14,21 14:8 15:8,15,24,24 16:3 16:6,8,14,16,17 18:2,3 21:9,11,14 22:23,23 23:12,13 24:15 26:14 27:14 27:15
**notarial**
27:17
**Notary**
1:12 27:4,24
**notes**
27:9
**nothing**
27:5
**notice**
20:1
**November**
1:14 22:4 26:11 27:7 27:17
**now**
6:4 7:6 11:10 18:10 18:10 19:19 21:15

24:18
**number**
11:20,24 18:3,18 20:25 21:8
**numbers**
6:13 12:13,19 13:15 13:15 15:15 16:17 19:10 21:5,7 22:11

**O**

**objections**
15:7
**obligation**
14:11
**obviously**
15:5
**October**
6:19
**of**
1:1,3,10,12,13,13,14 1:16 3:9,14,15 4:10 4:10 5:1,2,11,14,22 6:7,19 7:13 9:5,19 10:3,10,20,25 11:8 11:12,24 12:6,19,23 12:25 13:1,3,4,8,12 13:13,17,19,20,21 13:22,24 14:5,13,13 14:15,16,17,24 15:18 16:18,22 17:13 18:12,18 19:10,17,22 20:2,25 21:5,5,7,25,25 23:4 23:19,24 24:7,14,19 26:1,3,10,12 27:1,2 27:4,4,7,7,10,14,15 27:15,16,17,24
**off**
18:24 24:20
**office**
18:2
**offshore**
7:15,17
**Oh**
13:4 19:7
**okay**
4:1 9:4 10:22,24 11:14 12:10 14:20 15:12 17:3 18:9 20:22 21:8,16 22:14 23:19
**on**
1:3,13,14 3:9 5:5,10 5:14 6:6 7:20 8:6,11 8:25 10:9,11 11:8 11:20,21 12:20 13:18 15:2 16:22 18:8 20:1 21:21 22:7,13,23 24:9,14 26:3,11,13 27:7,7
**once**
5:8
**one**
11:3 14:13 16:18 19:13 20:8 21:25 23:17
**only**
3:14 7:4,8,10 15:21 21:24 23:17
**onshore**
7:14
**open**
10:25 18:2,11 19:20
**operates**
7:15 20:8
**operations**
4:8
**opposed**
24:3
**or**
5:4,5,15 6:21 7:1,6 8:19 12:11 13:2,15 13:16 14:1,21 15:22 16:13,17 19:2,5 21:5 22:20 24:22 27:15,15
**oral**
1:10
**ordering**
24:23,25
**organized**
20:6
**other**
3:7 13:1 20:24 24:11
**OTHERS**
1:4 26:4
**otherwise**
24:11 26:13 27:15
**our**
13:1,2,16 16:17
**out**
5:16 6:21,24
**outbound**
7:21 8:12 20:13,14
**outsource**
7:1
**over**
14:23
**overseas**
3:16
**oversee**
3:15
**Owlscope**
12:3 20:24
**own**
5:23
**owned**
5:22
**owns**
5:21

**P**

**page**
2:11 11:20,24
**pages**
13:3
**paid**
8:22
**paint**
12:22 13:12
**paper**
5:5
**Paronich**
2:2,3,12 3:4 6:11,12 14:20 15:5,12,13 19:4,8,9 24:6,15,25
**Part**
3:20
**parties**
27:12
**partner**
7:3
**party**
27:15,16
**past**
9:10
**paused**
8:19
**pay**
8:25 10:6,8,11
**pending**
13:18
**people**
24:3,5
**per**
15:20
**percent**
5:22
**percentages**
18:19
**Perez**
4:12
**performance**
9:20
**permission**
13:5
**person**
6:1 27:14
**Philippines**
7:19 20:6,10 23:3
**phone**
20:25 21:5,7
**picture**
12:23,24 13:13
**plaintiff**
14:10
**plaintiffs**
1:5,14 2:2 16:19 26:5
**plaintiff's**
12:16
**please**
10:19,23 11:11 19:20 25:1
**point**

14:20 17:14
**Policy** 16:3
**position** 3:21 15:2
**potential** 5:13,24 6:25 14:22
**prepare** 4:5,16
**presented** 27:11
**president** 3:23,25 4:1
**prior** 23:15
**probably** 12:25
**Procedure** 1:16
**proceedings** 25:2
**process** 5:6 15:19 16:1,12
**produce** 15:11 19:1
**produced** 1:11 13:8,11 21:20 23:11
**production** 24:8
**productivity** 9:23
**promote** 7:24 8:6 23:23
**proposed** 6:20
**prospective** 7:22
**provide** 12:7 18:20 23:10
**provided** 14:15,16 26:13
**provides** 8:8
**providing** 11:18 15:2
**Public** 1:12 27:4,24
**publication** 4:25 5:2
**published** 5:9
**publishing** 5:6 6:2,3,7
**purchased** 12:14
**purchases** 21:13
**purposes** 10:20 11:12 18:12 19:22
**pursuant** 1:15 20:1 27:7
**put** 11:10 16:15 18:9 19:19
**puts** 9:12
**P.C** 2:3
**p.m** 1:15 25:2

**Q**

**quality** 4:8
**quarter** 9:5
**question** 7:7 17:1 23:16
**questions** 24:8,11,16

**R**

**reach** 6:21
**reached** 6:23
**reaching** 5:16
**read** 18:8 26:10
**Readers** 3:6,15,21 4:3,18,20 4:23 5:2,12,17,19 5:21,22 6:16,18,21 7:2,4,10,20,24 8:2,5 8:8,14,16,18,21 9:14,16,18,19 10:2 10:6,12 12:10 15:14 15:21 16:2,8,22,24 17:1 23:5,24 24:2
**READERSMAGN...** 1:7 26:7
**Reader's** 17:3
**really** 5:14 7:12,13 9:8 16:12,15 20:20 24:6
**reason** 13:11 23:13
**recall** 21:2,17 23:14
**receive** 9:19 10:2 16:25
**received** 14:17 17:7,17 18:8
**recognize** 11:4,15 12:3 18:15 19:20
**recommendations** 5:10
**record** 24:20 26:12 27:10
**records** 19:5 21:19 22:8
**reduced** 27:9
**referring** 14:6,8,10
**refresh** 15:19,21
**Registry** 12:14,21 15:16 16:3 21:9,12 22:24
**related** 24:8
**relationship** 6:14,17,20 7:20 8:10 8:19,22 9:4,7
**relative** 27:15
**rely** 5:14
**report** 12:17
**reported** 1:14
**Reporter** 24:22 27:3,23
**represented** 27:12
**request** 11:20 17:8,9,10,12 17:15,18,20
**requested** 16:14
**requests** 13:3 16:25 17:4,24
**reserve** 15:6 24:24
**Residence** 27:24
**residing** 27:4
**respect** 20:4 21:19 24:16
**respond** 14:12
**responded** 17:19
**responding** 15:8
**response** 11:14
**responses** 14:14,17
**responsible** 19:12 20:19
**responsive** 14:25
**rest** 5:23
**result**

10:3
**revenue**
9:24
**review**
4:16 9:14 24:22
**reviewed**
11:17
**right**
6:4,11 15:5,6 19:19 22:6 24:18
**RM's**
11:14
**role**
5:15
**row**
22:16
**Rule**
19:24
**rules**
1:16 27:8
**run**
13:2,15

**S**

**s**
7:4,10 16:16 19:24 27:22
**safe**
21:21 22:2,17,19,20 22:20,21
**said**
15:8,22 26:12,12 27:9,10,11
**SAITH**
26:14
**same**
6:24 9:7
**San**
18:2 21:8
**saw**
12:22
**say**
7:4 13:12
**saying**
13:4 17:20
**says**
11:2 13:22 19:24 22:16
**scour**
12:9
**scripts**
9:12,14,15,17
**scrub**
13:15 15:15
**scrubbed**
12:13
**seal**
27:17
**second**
13:17,20,24 14:1,3,4 14:7,8,15 24:7
**see**
5:24 11:20,25 12:19 13:21 21:16,20,21 22:4,4,10,17
**seen**
12:16
**self-publish**
4:21
**sell**
4:23
**separate**
21:13 24:10
**served**
13:25 14:14
**service**
10:9
**services**
4:23,25,25 5:2,3,10 7:25 8:6 17:13 23:24
**set**
13:17,20,22,24 14:5 14:15,17 24:7 27:17
**sets**
14:13
**several**
21:3
**she**
17:7,10,12,13,14,17 17:19,20,21,22,24 17:25
**sheet**
21:23 22:10
**sheet(s)**
26:13
**should**
18:6,7,10 19:5,15
**sign**
16:7 24:22
**signature**
24:23,24 27:11
**SIMILARLY**
1:4 26:4
**simply**
19:2
**since**
5:18 7:6,7 9:4,5 13:18
**sir**
3:5
**sit**
14:4
**SITUATED**
1:4 26:4
**so**
3:12 4:18,20,23 5:4,8 5:11 6:13,23 7:20 10:15,18 11:4 13:2 13:4 14:3,17,20 15:2,14 16:1,16,18 16:21 17:1,24 18:3 18:9 19:4,25 21:19 21:24 22:6,6 23:19 24:1,6,9,17 26:13
**social**
13:1,2
**some**
13:4 17:14
**someone**
7:3
**something**
24:15,17
**sorry**
3:24 6:10 17:1 22:16
**sources**
13:1 20:25 21:6,15 21:16
**SOUTHERN**
1:1 26:1
**speak**
4:6,13
**specific**
8:24 13:10 19:11,13
**spoke**
4:7,8
**spreadsheet**
21:24 23:20
**SS**
27:1
**stages**
15:18
**start**
5:19 6:16
**started**
5:18 6:18 16:7
**starts**
16:13
**state**
1:13 26:10 27:1,4
**States**
1:1 20:16 26:1
**status**
22:6
**stenographic**
27:9
**still**
17:7
**stipulate**
19:5,7
**stopped**
8:18
**strategy**
5:15 10:13
**streams**
13:1
**Street**
2:3
**strike**
15:6 23:1
**subsequent**
17:7
**Suite**
2:3,7

**supported**
3:16
**supposed**
8:6
**sure**
5:4 7:3 12:9 16:6
**suspend**
24:9
**sworn**
1:11 3:1 27:5
**system**
16:17
**Systems**
1:7 3:14 26:7

**T**

**tabs**
22:10
**taken**
1:13 27:7,9
**talking**
6:8
**TCPA**
20:19
**team**
19:13,15,16,17 20:21
**team's**
19:14
**telemarketing**
5:15,17,25 8:12 10:3 16:21 17:5,17 20:13 20:14 24:2
**telephone**
6:13 7:22 16:17
**tell**
3:1 27:5
**terms**
19:10
**testified**
3:2 24:14
**testify**
3:9 11:8 20:1
**testifying**
6:6
**testimony**
26:10,12 27:10
**than**
20:24
**Thank**
20:24
**that**
4:21,21 5:5,7,11 6:1 6:2,2,13,20,23 7:1,3 7:7 8:8,12 9:6,6,7 9:12 11:4,5,7,11,25 12:3,7,22,22,24,25 13:4,5,8,10,12,14 13:17,18,20,24,25 14:4,5,8,9,11,14,15 14:17,25 15:11,17 15:18,22 16:11,12 16:14,15,15,16,24 17:2,3,6,9,13,16,17 17:20 18:1,7,11 19:12,25 20:4,8,10 20:20 21:19,20,22 22:17,19,23 23:1,15 23:16,19 24:1,9 26:10,12 27:4,7,9 27:10,12,14,14
**that's**
6:11 7:23 14:3 19:7 20:18 21:18 22:7 24:18
**their**
4:22 5:11 6:16 7:8 8:19,22 27:12
**them**
5:6,6,7,9,9 10:8 12:8 12:9 16:15 21:21
**THEMSELVES**
1:4 26:4
**then**
5:8,23 7:2 15:14 16:15 17:21,24 21:11 24:7,25
**there**
13:5,11 14:4,14,15 16:13 19:11,15 20:8 20:18 21:20 23:5,7 23:13,15,16
**therefore**
27:11
**there's**
7:13,13 11:24 12:2 13:3,14,17,20,24 15:19 19:13,15 21:21
**these**
10:3 18:20 19:5
**they**
3:18 5:10 6:23,23 7:1 10:8 12:5,6,8,9,20 14:25 18:17,18,22 19:2,3 23:23
**they're**
8:6 10:10 12:6,14
**they've**
7:8 9:4
**things**
12:23
**think**
9:8 24:8,19
**third**
22:16
**this**
3:10 6:5 7:17 9:11 11:3,15 12:17 13:8 13:13,21 14:1,13,20 15:3 16:19 18:24 19:1,3 20:1 21:14 21:20 22:20 23:11 23:20 24:7,12 27:14 27:15,17
**Thomas**
2:6
**thomas.hayes@wil...**
2:8
**those**
4:11,24 5:1 7:24 8:14 8:16 9:14,15,17,22 11:23,24 12:2,13,25 13:4,15,15 16:17 17:22 20:15 21:16 23:3,20 24:2
**thoughts**
5:5
**thousand**
9:3,9
**thousands**
9:10 12:19 21:3,5,5,7
**Three**
4:4
**through**
5:25 15:18 19:6
**throughout**
9:7
**time**
3:20,20 6:24 8:9 18:2 18:8 23:15 24:12
**today**
4:5 14:4 24:23
**together**
9:12
**Tom**
14:20 19:4,7 24:6
**top**
22:15
**topics**
11:8 20:4
**total**
12:23
**transcript**
26:10,12 27:10,11
**Trial**
1:16
**Trisha**
1:12 27:3,22,23
**true**
26:12 27:10
**truth**
3:2 27:5,5,5
**trying**
23:14 24:1
**Tuesday**
25:1
**turn**
21:18
**Twitter**
21:3
**two**
21:15,16
**typewriting**
27:9

**typewritten**
27:10

**U**

**Uh-huh**
17:14
**under**
15:14,17 27:9
**undersigned**
27:3
**understand**
15:10
**understanding**
11:7 19:25
**understood**
16:18 17:14
**United**
1:1 20:16 26:1
**unless**
24:15
**up**
9:9 10:14 22:15 24:18,20
**updated**
15:25
**upload**
10:18 22:20,21
**uploading**
18:10
**upon**
1:10 17:9
**us**
12:7 24:21
**use**
8:2 20:13
**used**
5:17
**uses**
9:12

**V**

**v**
1:6 26:6
**varies**
15:20
**various**
19:10
**vendors**
21:13
**verified**
11:17
**versa**
6:21
**via**
1:14
**vice**
3:23,25 6:21

**W**

**waive**
24:23
**waived**
15:7
**want**
4:21 10:22 21:18
**was**
6:22,22,23,25 7:2,7 7:21 10:20 11:12 13:5,20,25 14:14,15 14:15 15:8 16:6,6,7 17:1,2,21,25 18:1,8 18:12 19:22 23:15 23:16 27:5,7,9,11
**wasn't**
13:14 18:3
**we**
3:14,16 5:5,9,14,18 6:2 7:3 8:25 9:23 13:2,2,15 15:10,11 15:17 16:1,13,15 17:6 18:7 19:4,7 21:2,15 23:12 24:11
**weeks**
14:23
**well**
5:14 7:7 9:23 15:5 16:12 18:1,10 20:10 20:21
**were**
7:24 12:20,20,25 14:14 18:22 23:20 23:23 27:12
**We'll**
24:24
**we're**
3:16 15:5
**we've**
14:16,23
**what**
3:21 4:10,23 7:17 8:5 9:2,22 12:24 13:13 13:20 14:10 15:7,14 15:22 17:2 18:17,25 19:3 21:16 22:19 24:19
**what's**
3:12 15:2 19:14
**when**
5:19 6:16,18 10:19 11:11 12:14 13:2,2 15:24 16:6,13 19:21
**where**
3:5 12:8,19 13:22 21:21,25 23:14
**WHEREOF**
27:17
**which**
5:10,23,24 6:8 10:9 14:9 17:19 21:23
**while**
12:20
**who**
4:10 5:21,24 6:1,20 9:12 12:5,10 16:5,6 23:2
**whole**
27:5
**who's**
4:1 19:11,17
**why**
7:10 13:11 15:24 17:25 23:13
**will**
5:11 10:11 24:22,23 24:25
**WILSON**
2:6
**with**
3:6,7 4:6,13,17 5:6,6 6:14,17 7:3 8:19 12:7 13:4 14:1 16:18 20:4,22 21:19 24:13,16,18
**witness**
1:11 6:9 15:7,11 27:17
**word**
5:14 21:21,25 22:2 22:16
**work**
7:2
**worked**
10:1
**working**
8:18
**would**
14:24 20:20
**wrap**
24:19
**written**
16:2 23:8

**Y**

**yeah**
4:7 8:13,18 11:2 13:23 16:21 19:25 20:20,23 22:12,18 23:9 24:5
**year**
9:11,11 14:24 15:20 15:20 16:1
**yearly**
8:25
**Yep**
11:4 22:3
**yes**
3:11,18,18 4:7,7,17 4:20 6:15 7:6,6,9,16 8:1,4,7,16,17 9:15 9:18,21 10:5 11:6,9 11:19 12:1,4,15,18 13:7 15:23 16:4,10 16:20,23 17:10,16 17:19 18:14,21 20:3

20:5,9,11,17 22:9 22:22,25 23:4,18
**you**
3:5,7,17 4:5,13,16,18 5:1 6:3,25 7:1,4,10 7:17 8:24 10:9,13 10:15,22,25 11:1,4 11:15,17,20,25 12:3 12:16,16,19,22 13:5 13:8,11,12,14,17,21 13:22,24 14:3,4,6 14:17 15:4,22 16:18 18:11,11,15,17 19:20,21 20:24,24 21:20,21,23 22:10 22:17 23:10 24:13 24:17,18,20,23
**your**
3:12,21 4:13 11:7 13:18 19:25 23:10
**you're**
3:9 6:6,8 10:19 11:7 11:11 13:4 17:20 20:1 22:7

**Z**

**Zoom**
1:14 10:15

**$**

**$5,000**
10:14
**$900,000**
9:6

**0**

**02043**
2:4

**1**

**1**
2:16 10:18,20 11:2 11:21,22,24 22:10
**10**
2:16
**11**
2:17
**12**
15:22,23
**12:00**
1:15
**12:48**
25:2
**14**
15:1
**145**
3:20
**15**
13:25
**161**
2:7
**18**
2:17
**19**
2:18

**2**

**2**
2:17 11:10,12,14,20 11:21,23,24 13:21 14:13
**2016**
5:20 6:18,19 9:4,5 23:15
**2020**
22:4,7
**2021**
21:24 22:11,13
**2024**
7:6,8 22:7
**2025**
13:19 14:16
**2026**
1:15 26:11 27:7,17
**2028**
27:25
**2400**
2:3
**27**
27:25

**3**

**3**
2:12,17 18:9,12 21:18
**3:24-CV-00209-M...**
1:3 26:3
**30**
15:24
**30(b)(6)**
11:2 19:24
**350**
2:3

**4**

**4**
2:18 19:19,22
**4500**
2:7

**5**

**55**
20:14

**6**

**6th**
1:14 26:11 27:7,17
**60601**
2:7

**9**

**90**
5:22
**900**
9:1,2,8