UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| EDWINA BILLHIMER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:24-cv-00209-MPB-CSW |
| | ) | |
| READERSMAGNET, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MAGISTRATE JUDGE'S ORDER ON TELEPHONIC STATUS CONFERENCE**

This matter came before the Honorable Crystal S. Wildeman, United States Magistrate Judge, by telephone, at 9:30 a.m., Evansville time (CST), on November 17, 2026, for a conference under Rule 16, Federal Rules of Civil Procedure. Parties were represented by counsel.

Thereafter, the following **ORDER** is entered:

The parties advised the Court that they are scheduled for private mediation on December 11, 2026. Parties are directed to file a Joint Notice advising of the outcome of mediation on or before **December 18, 2026.** If the case does not resolve at mediation, the Parties are directed to include in the Joint Notice agreed deadline(s) for the remaining briefing on the Motion to Certify.

**SO ORDERED.**

**Dated:** November 17, 2026

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Served electronically on all ECF-registered counsel.